70,885-11 (1 OF 3)

FEBRUARY 24, 2015

C/O ABEL ACOSTA, CLERK OFFICER
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 19 2015

Abel Acosta, Clerk

RE: WR-70,885-11, QUESTIONABLE ERRONEOUS DISMISSAL, DUE TO STATE DISTRICT BEXAR COUNTY, 290TH AND 186TH FRAUD ENTRIES AND 11.07 FALSE ACKNOWLEDGE- MENT ACCEPTANCE ATTACHED TO THIS LETTER OF ACKNOWLEDGEMENTS TO SHOW CAUSE AND PREJUDICE COURT OF CRIMINAL APPEALS ERRONEOUS DISMISSAL WITHOUT WRITTEN ORDER.

APPEAL-CLERK OF COURT:

Greetings, at best, in lay-man terms and deep frustration to seek warranted - (T.R.A.P. R. 73.1) - IN the Absolute interest and fair Justice, I offer this sincere verified Reply.

A. CASE HISTORY CONCERNING — WR-70,885-02, At some time in 2009 the Above Criminal Court of Appeals order (290TH) Bexar Co. district court to obtain a 11.07 Verification — (Attached) - from Applicants State court Public defender, ED SHAUGHNESSY, SBN# 18134500. According to Art 11.07 - Sec(3)(d). Apparently, Counsel Shaughnessy entered a verified false acknowledgement And falsely sworn under the County of Bexas, Nov. - 05, 2009, that should have never been Accepted by the (290TH) Bexar County Court As True And Correct Statement of Facts Verification 11.07 findings. Applicant repeatedly seeked relief from falsified 11.07 Counsel Verification by the 290TH district Court, who repeatedly refuse to seek resubmission of 11.07 Verification, sworn testimony under the Correct County of Bexar to perfect 11.07 Records.

THIS Verified false 11.07 Verification acknowledgement was "INTENTIONALLY" ADMITTED TO CONCEAL Applicant's Verified 11.07 CLAIMS for habeas Relief And 11.07 Sec(3)(d) And 11.07 Sec(5) (A)(1)(2) Consideration of Appointed Counsel and held A hearing of evidence, to show habeas cause And Relief. (i.e., NOV 24, 2007 City Magistrate Court fraudulent (FORGED) sham NADA Charges entries into the Bexar County Criminal Court Justice System to obtain VOID twenty year Judgement/Sentence, retaliation for the dismissal of previous cause No. Bexar Co. 2006-CR-7634, As verified enclose fraud Court Record

At best, (Pro se) Applicant, hereby, has enclosed a writ of error with all fraudulent forged City Magistrate and (290th) convicting State Court Records, and Applicant's Certified (FBI) CFS28 fingerprint/Photo I.D Records, Part 5, Entries 16 and 17, to show Verified Nov 24, 2007 falsified forged City Magistrate Court Corruption, forgery, identity theft, tampering with City, State, Federal Gov't Court Records to obtain a fraudulent — (No Charge) — fraudulent Bexar County (Rubber Stamp) certified bogus indictments to convict Applicant on falsified forged Nov 23, 2007, City Magistrate Court entries, as detail sworn, herein. Applicant has suffered a verified (8TH) and (14TH) violations at the corrupt hands of several verified sinister City Magistrate, Bexar County Jail, Bexar (DA), Bexar Court Administrative corrupt officials to conceal applicants verified Nov 24, 2007, City Magistrate Court fraud charge entry Abduction & illegal Seizure Cause 2008-CR-1186-W2, State Court Finding of Facts on magistrate (Fraudulent) Causes issued and compare to Shaughnessy, State Bar of Texas investigation testimony # S0090972499, false sworn assertions.)

At this time, I am seeking warranted Criminal Court of Appeal Review under possible — T.R.A.P Rules 73.1; 66.1; 67.1, fundamental due Process-(14TH) — error in Applicant's Criminal fraudulent Charge Case, Bexar Co. Cause # 2008-CR-1186 (DWI), Absolutely No evidence, No Probable Cause, Criminal Complaints, or Magistrate Commissioner issuance (Seizure) Arrest warrant affidavits issued, Nov 24, 2007, to Commit applicant into the Bexar County Jail Detention Center.

Enclose fraudulent City Magistrate and State Court (Bexar Co.) confirm records will speak volumes of Bexar County Courthouse Judicial Misconduct to falsely Seize and execute a (void) twenty year Judgement/Sentence, without any subject matter — (Court Jurisdiction) and has severely affected Applicants (8TH) and (14TH) Const4 Rights that have not been to the above Appeal Courts Attention that weight and credibility will be proven with enclose writ of error, Authorize Rule 72.1; 72.2 and should be handled in accordance with Rule 52.7, in the absolute interest of Justice and fairness under Applicant's (8TH) and (14TH) violations in question.

Respectfully Submitted

X _____

Texas Offender
# 1523604 000

**SWORN (788 1746) COURT OF APPEAL RECORDS CONCERNING WR-70,885-11 ERRONEOUS VERIFICATION (8TH) AND (14TH) VIOLATIONS**

① SUBSECTION A:

All fraudulent (Forged) City Magistrate Court Warning Records, and Non-Magistrate Court intake inquiry Verification Records. (i.e., Non-existing Court Appearance.) Letter of Acknowledgement of Verified Bexar County Courthouse Judicial Corruption;

Applicants Bexar County CJIS, entry 006, Nov 24, 2007 Verification, false Charge # NMHG 954121 Co/defendant DWI Charge entry, fraudulently Assign to the 290th Bexar County dist Court Cause No. 2008-CR-1186 And 2008-CR-1187, without Any Sworn Affiant Probable Cause, or Criminal Complaint, Magistrate Commission Arrest Warrant Affidavits. S.A.P.D offense/incident Report. Texas, DPS, Verification, No DWI (DIC 23, 24, 25) investigation certified Reports filed to warrant false Charge Accusations. (DWI charges);

② SUBSECTION B: March 20, 2012, Applicants (FBI) (CJIS) fingerprints/photo I.D Records to identify, Serious City Magistrate Administration, And Bexar County (DA) Corruption of entry of falsify Records And identity theft of Applicants (Prior) Parole # 1174492 information that was falsely entered to the (FBI) Biometric CJIS division, Part 5, entry 16 And 17, Saturday, Nov 24 2007, false - (Strawman)- Commitment to the t.d.c.j. byrd unit, Huntsville, TX, to Cover-up Applicants Actual Nov 24, 2007 City Magistrate false Charge Commitment into the Bexar County Jail. - (BK 2007637580 1 AND 02.);

③ SUBSECTION C: All fraudulent (290TH) Bexar County Court Cause No. 2008-CR-1186, falsified Court Records And plea bargin Admonishment to enforce involuntary plea of guilty on falsified Appointed State Counsel legal Advice, who is Also the Actual Person of interest to entered Nov 24, 2007 City Magistrate fraud Charges And forged Applicant NMHG Court Records.

RE: WR-70,885-02, CAUSE NO. 2008-CR-1186W2, falsely sworn under a non-existing County of Bexas, 290TH, Bexar County Court should have never accepted non-credible fraudulent & sworn 11.07 Verification is a suspected (8TH) and (14TH) — Amendment violations. In order to conceal City Magistrate fraudulent Bexar County CJIS. Applicants verified NOV 24, 2007 Charge NMAH entries into the

Aff. Perjury & tampering with state gov't court records. Tex Penal Code Sec 37.09, 37.10, 000 findings.

STATE OF TEXAS

COUNTY OF BEXAS

VERIFIED FALSE ACKNOWLEDGEMENT TEX civil practice — § 121.004

See Acknowledgement — 56, 58, 55$^{(1)(2)}$, 62$^{(2)(4)}$ 000

## VERIFICATION

Before me the undersigned authority, on this day appeared Edward F. Shaughnessy, III, who after being duly sworn avers and attests to the following:

My name is Edward F. Shaughnessy, SBN No. 18134500. I am licensed by the Texas Supreme Court to practice law in the State of Texas, and have been licensed continuously since October of 1981. In the spring of 2008 I was appointed to represent an individual by the name of Jose Gutierrez who was charged by way of an indictment with the offense of Driving While Intoxicated, third offense. The indictment also alleged that Gutierrez had been on two prior occasions been convicted of the felony offense of Driving While Intoxicated. Consequently, Gutierrez was facing the possibility of a life sentence as a habitual offender (chronic drunk driver). ② No Probable Cause or Criminal Complaint Charges!

During the course of my conversations with my client it became very clear to me that he was in a state of denial as to the evidence that the State of Texas was capable of presenting if the case were to go to trial. He also was in a state of denial as to the legal consequences of the allegations in the indictment. I was eventually able to obtain an offer from the first-chair prosecutor in the 290th District Court that in exchange for the applicant's plea of guilty, he would recommend a sentence of eight (8) years in confinement in the Texas Department of Criminal Justice, Institutional Division. That offer was rejected by the applicant, against my advice, and was subsequently withdrawn by the District Attorney's Office.

The case ultimately was reset for purposes of a trial. The applicant was then set to be tried when the State made a second offer. On the day of trial the State of Texas offered and the applicant accepted an offer of a twenty (20) year "cap" wherein the applicant could apply for community supervision and the State could seek a sentence of twenty years. The plea was entered and the applicant applied for community supervision with a P.S.I. hearing scheduled. A pre-sentence report was created and a sentencing hearing was conducted. The applicant's application for community supervision was denied and he was sentenced to twenty (20) years by Judge Sharon MacRae in compliance with the plea bargain agreement.

At no time during my representation of the applicant did I advise him that the plea bargain was for six months of "drug treatment". The applicant was fully admonished by me as to the terms of the initial offer of 8 years. He was also fully admonished of the terms and consequences of the plea bargain that was ultimately accepted. Any claim that I advised him

"No Charges" "No Evidence"

Fraud Plea Bargain

Fraudulent (Rubber Stamp)

Fraud Plea Bargain

"Appeared before Retired State Judge"

June 13.08 Secret unacceptable & Illegal court appearance.

"No Trial 7/24/08"

"Bexar County (0r) Charges Book"

"No Trial 7/24/08"

"Bexar County (0r) Charges Book"

② Never qualified (Tex.V.C.C.P. art 42.12 Sec 13) or applied for (DWI) Court Probation. Never advice of any type of (Repeated) Enhancement Punishment!

that his plea bargain was for 6 months of drug treatment is a complete and total falsehood. It is delusional thinking on the part of a chronic drunk who regrets rejecting his offer of 8 years and is abusing the writ process in hopes of obtaining relief that he is not entitled to obtain. The applicant was fully admonished and indicated that he was fully aware of the terms of both the plea bargain that he rejected and the plea bargain that he ultimately accepted. Any assertions by him to the contrary are wholly perjurious, and should be treated as such.

SIGNED, this, the ___5___ day of November, 2009.

E.F. Shaughnessy

Edward F. Shaughnessy, III

SUBSCRIBED AND SWORN TO ME by the said Edward F. Shaughnessy, III, on this the __5th__ day of November, 2009.

Barbara A. Greene

Notary Public

BARBARA ANN GREENE
MY COMMISSION EXPIRES
May 15, 2012

**SUBJECT:** *State briefly the problem on which you desire assistance.*

— EMERGENCY COURT NOTICE —

CCP – ART. 44.33; ART. 44.43

APPEAL CLERK: ———— AUTHORIZATION ———— 02-24-15

Please, As best in my Lay-man legal terms And limited knowledge of different legal Procedures, I am not sure if enclosed Pro-Se Appeal motions should have been filed under (T.R.A.P. R 68; 72.1; OR 73.) The Bexar County district Judges Courts Continue to Conceal evidence favorable to Applicant to strictly Avoid warranted (11.07) Sec 4 (A)(1)(2) finding evidentiary hearing of Severe Verified City Magistrate and (Bexar Co.) State Court official Corruption to enforce a (VOID) fraudulent Cause No. 2008-CR-1186 Judgement/Sentence of twenty years without —

Name: Jose Alberto Gutierrez    No: 1523604    Unit: Segovia

Living Quarters: Cellbox – C264    Work Assignment: MED SQ II

**DISPOSITION:** (Inmate will not write in this space)

→ Any Sworn Affiant Probable Cause, Criminal Complaint, or Magistrate Court Commissioner Arrest warrant (Seizure) Affidavits to falsely imprison Applicant, Nov 24, 2007, Bexar County Jail. All Verified enclose City Magistrate Court Records Are (forged) and (fraud) As detail explain in Lay-man terms. (85 mos. false imprisonment.)

☆ I-60 (Rev. 11-90)

CC: Federal Courts (18§241§242)

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

2/18/2015

GUTIERREZ, JOSE ALBERTO Tr. Ct. No. 2008CR1186-W6 FROM WR-70,885-11

The Court has dismissed without written order this subsequent application for a writ of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

C2-64

JOSE ALBERTO GUTIERREZ
SEGOVIA UNIT - TDC # 1523604
1201 E. CIBOLO RD.
EDINBURG, TX 78539

*Applicant. Filed Under - 11.071 Sec 5
(a)(1)(2) Subsequent writ See Ex-Parte
Medina. 361 SW 3d 633, 640 000*

R-D 02/24/15 2pm

KGJVP3B 78542

COURT OF CRIMINAL APPEALS
TEXAS

JOSE ALBERTO GUTIERREZ
#1523604 ccc

Applicant, Prose,

V.,

RE: Tr. Ct. No. 2008CR-1186-W6
WR-70,885-11 000

290TH BEXAR COUNTY DISTRICT COURT,
STATE OF TEXAS,

DEFENDANTS.

PETITION OF NOTICE
TO VACATE UNLAWFUL
JUDGEMENT / SENTENCE
CAUSE NO. 2008-CR-1186.
W/ attach EXHIBIT (A) & (B) & (C)

HONORABLE JUREST OF APPEALS:

Respectfully Comes NOW, Jose A Gutierrez, Applicant, Above, (Prose), and Seeks warranted relief from UNLAWFUL induce, Void, 07-11-08, Plea Agreement And 08-06-08, twenty year Judgement/Sentence without ANY State (290TH) district Court Jurisdiction or Authority to to impose Pronounced Prohibited Judgement/Sentence for the below proven (8TH) and (14TH) Amendment Violations, As verified by enclosed fraudulent City magistrate and (290TH) Bexar County district Court Records in the Above fraudulent, CAUSE NO. 2008-CR-1186: NMAG 954121-Co defendant DWI CHARGE.

Also, Please take Specific Notice of Annex'd sworn Affidavits of facts that Lead to Applicants UNLAWFUL, 08-06-08, VOID Judgement And Sentence And Attached Supporting Court records to show Absolute State Court Miscarriage of Justice Cause and Prejudice findings which will Severely Uphold (8TH) And (14TH) Violations of federal Laws.

A.    Without ANY sworn Certified magistrate Court Charges, or Arrest warrant magistrate Commissioner Affidavits for (A) UNLAWFUL NOV 24, 2007 Bexar County Jail Commitment False imprisonment, A Corrupt Sinister former Bexar County (DA) official Rubber-Stamp And Certified A Counterfiet CAUSE NO. 2008-CR-1186 indictment without ANY Certified grand Jury true --bill findings or magistrate Court Charges Against Applicant. NO evidence, or sworn Affiant Probable Cause, Criminal Complaint Charges to uphold SHAM (VOID) Cause NO. 2008-CR-1186 (ONE) indictment. (See enclose Records.)

Applicant, before Pronouncement of (VOID) Cause No. 2008-CR-1186, 08-06-08 Judgment/Sentence, in complete despair, address this issues to Chief Public Appellate Council, Angela Moore, on July 22, 2008, Asserted Warranted filing of Writ (11.07) Application which was filed in Lay-man terms, directly to the Fourth Court of Appeals, 09-12-08; 09-16-08, See enclosed copies.

Apparently this 11.07 Applications were forwarded to the (290th) Convicting Court And Never filed or Acknowledged. (See enclosed Bexar County (290th) CFES Court event Log.①)

Enclose State Court Records②, Will speak volumes of (8th) and (14th) Amendment Violations, And Serious State Court official Criminal Misconduct to obtain a enforced Judgment And Sentence without any certified Texas Penal Code Charges.

Applicant Immediately Seeks Warranted (11.07) State Habeas evidentiary hearing to Truly Perfect the Record And Seeks Court of Appeals transparency And Accountability under All State/Federal Const Laws.

A Court order to Produce Applicant At Any Warranted 11.07 hearing to be Conducted for the ▬ Purpose of determining Above Motion to vacate, And Any other relief deem Appropriate.

Respectfully Submitted

X_____
Applicant, Pro Se

Date: 02-24-2015

CC: Texas CC Appeals;
290th Judicial Courts.
Texas Supreme Court of Law

Footnote ①: See Also, Cause No. 2008-CR-1186 Bexar County (290th) Court file event Log, Can Not Provide A Copy At this time.

Footnote ②: Establish Bexar (290th) Certified Fraud Court Records to obtain VOID Sentence And Judgement.

EXHIBIT (A) — Ineffective Assistance Appellate Council who was Appointed refuse to Investigated Nov 23, 2007, false Charge

On 08-26-08, repeatedly Verified City magistrate Court entry Abduction.

# Bexar County Appellate Public Defender's Office
Heritage Plaza • 410 S. Main, Suite 214 • San Antonio, TX 78204
Phone (210) 335-0701 • Fax (210) 335-0707

RE: 04-68-00655-CR — Appointed Council, Angela J. Moore ( Ineffective Assistance of Council Verification. )

* Writ of habeas Corpus is a Writ of right and shall never be suspended. T.d @ Texas Const. art 1 §12; V.C.C.P art 1.08

Court Exhibit (A)

July 22, 2008

Mr. Joe Gutierrez
SID #534734
BC Adult Detention Center
200 N. Comal
San Antonio, Texas 78207

Dear Mr. Gutierrez:

I am responding to your letter received July 16, 2008. After reviewing your letter, it is my opinion that you should file a Writ of Habeas Corpus. I am enclosing the paperwork necessary for you to accomplish this.

I am sorry that there is not more that I can do to assist you at this time, and hope that things will go better for you in the future.

Sincerely,

Angela J. Moore
Chief Appellate Public Defender

AJM/mb

Ⓧ At best, in Lay-man terms, in deep despair seeked possible Appeal Assistance of Council, concerning Applicants Verified, Cause No. 2008-CR-1186, fraud Charge entry & indictment Relief of Arrest of Judgement — 7-11-08 — According to T.R.A.P 22.2(C)(b) Investigation and Possible warranted T.R.A.P 31.2 hearing based on the Verified facts and Const Violations, Under (4TH) Amendment unlawful Seizure, Nov24, 2007, a false Commitment into the Bexar County Jail — (Intentionally) — Under fabricated (FORGED) City magistrate Court Charges: NEW 954121 Co/defendant DWT Charge, NOV24, 2007, entry 006, Cause No. 2008-CR-1187, bexar Co. Court event Log, enclosed. (See Subsection (A) Attached Exhibits. )

*EXHIBIT (B) — Fourth Appeal Court Negligence*



# COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

ALMA L. LÓPEZ
CHIEF JUSTICE

CATHERINE STONE
KAREN ANGELINI
SANDEE BRYAN MARION
PHYLIS J. SPEEDLIN
REBECCA SIMMONS
STEVEN C. HILBIG
JUSTICES

KEITH E. HOTTLE
CLERK

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

September 12, 2008

Jose Alberto Gutierrez
Sid No. 534734
Bexar County Adult Detention Center
200 North Comal Street
San Antonio, TX 78207

*RE: CAUSE NO. 2008-CR-1186W1*

re:     Your petition for writ of habeas corpus, released for violation of due process in accords
        to CCP 15.17, 6th & 14th U.S.C.A (received on August 29, 2008)

        Your petition for writ of habeas corpus, dismissal due to illegal indictment/wrongful
        conviction (received on September 5, 2008)

Dear Mr. Gutierrez:

        Your petition for writ of habeas corpus, released for violation of due process in accords to
CCP 15.17, 6th & 14th U.S.C.A **and** your petition for writ of habeas corpus, dismissal due to
illegal indictment/wrongful conviction have been forwarded to the 290th District Court, Bexar
County, Texas. This court does not have jurisdiction to rule on your petitions.

                                        Sincerely,

                                        *Diana L Garcia*

                                        Diana T. Garcia, Deputy Clerk

*(Court Ex. (B))*

① (B) 11.07 petition, provided, by, Angela J. Moore, Chief Appellate
public defender, July 22, 2008, was submitted to the fourth court
of Appeals directly, seeking possible (T.R.A.P. 31.2) Relief to expose
(290th) Bexar County Judicial (RE: CJC No. 09-10520E) misconduct and
abuse of office findings to conceal (B) Nov 24, 2007, City magistrate
fraudulent charge entries into the Bexar County Criminal Justice court
System, and fraudulently assign to the (290th) court. This Actual - 08-29-08,
09-05-08, habeas Applications were discarded and never filed with
(290th) court! See enclose, Subsection (A) EXHIBIT Attachments.)

*EXHIBIT (C) - FOURTH APPEAL COURT NEGLIGENCE*



# COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

ALMA L. LÓPEZ
CHIEF JUSTICE

CATHERINE STONE
KAREN ANGELINI
SANDEE BRYAN MARION
PHYLIS J. SPEEDLIN
REBECCA SIMMONS
STEVEN C. HILBIG
JUSTICES

KEITH E. HOTTLE
CLERK

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

September 16, 2008

Jose Alberto Gutierrez
Sid No. 534734
Bexar County Adult Detention Center
200 North Comal Street
San Antonio, TX 78207

*Re: Cause No. 2008-CR-1186W1*

*Court Ex. (C)*

re:     Your application for a writ of habeas corpus seeking relief from final felony conviction under code of criminal procedure, article 11.07, (received on September 10, 2008); Trial Court Case No. ~~2007-CR-1186~~

*2008*

Dear Mr. Gutierrez:

Your application for a writ of habeas corpus seeking relief from final felony conviction under code of criminal procedure, article 11.07 ~~has been forwarded to the 290th District Court,~~ Bexar County, Texas. This court does not have jurisdiction to rule on your application.

Sincerely,

*Diana T. Garcia*

Diana T. Garcia, Deputy Clerk

*★ Writ of Habeas Corpus is a writ of right, and shall never be suspended ooo TX Const. Art. 1, §12, TX V.C.C.P - Art 1.08, has lead to my 85 mos. unlawful ( Imprisonment )*

*® At best, (D) filed 08-26-08, notice of appeal, due to jurisdiction defects, after being provided by a anonymous bexar county jail administration, enclosed, verification, city magistrate intake inquiry court records attesting (D) was never provided a (bond) or (charge) hearing in accordance to (Tex Art 15.17 V.C.C.P) while (D) waited patiently in a magistrate court holding ① with several other Nov 23, 2007 warrantless arrestees, who were all provided "Art 15.17" magistrate court hearings. (T.R.A.P. 31.2) should have immediately applied. (See subsection (A) Exhibit attachments.) Till this day several magistrate and state court records have been altered & tampered with in order to conceal (D)'s unlawful seizure and abduction, as of Nov 24, 2007. (I.d. @ (D) FBI CJIS records, Part 5, entry 16 and 17, enclosed.)*

TEXAS CRIMINAL COURT OF APPEALS

AUSTEN, TEXAS

③

EX-PARTE,

GUTIERREZ, JOSE # 1523604,

Confine Applicant in Error,

V.,

Re: WR-70,885-11 —
Tr. Ct. 2008-CR-1186W6.

290TH, BEXAR COUNTY DISTRICT COURT,

STATE OF TEXAS,

Defendants in Error.

WRIT OF ERROR RECOGNIZTION

IN THE ABSOLUTE INTEREST OF JUSTICE AND FAIRNESS

ON ESTABLISED, (8TH) AND (14TH) AMENDMENT

VIOLATIONS, UNLAWFULLY INDUCED BY CORRUPT

BEXAR COUNTY (DA) AGENT, FALSE MAGISTRATE

COURT CHARGE ENTRIES, NOV 24, 2007, INTO THE

BEXAR COUNTY CRIMINAL JUSTICE COURT SYSTEM,

WITHOUT SWORN CERTIFIED TRUE-BILL GRAND

JURY FINDINGS, VERIFIED ENCLOSED FBI CIIS

PART 5, ENTRY 16 AND 17, FINGERPRINT/PHOTO

I.D RECORDS. REVIEW AUTHORIZATION T.R.A.P

PROCEEDINGS — Rules 73.1; 64.1; 72.1; 63.3 (b)(C)(E).

HONORABLE APPEAL JURISTS:

Respectfully, in truth, Comes Now, Jose A. Gutierrez, Applicant, Pro Se, Unlawfully Abandon by the fourth Court of Appeals and unlawfully confine at the Segovia Unit, seeks warranted — Art 11.07 § 4(a)(1)(12) State habeas evidentiary Court recognization) review to show cause and Bexar County Court Prejudice Misconduct. (i.e. Racial discrimination findings.) Enclosed, Verified fraudulent forged Magistrate Court Charge Records And (290TH) Bexar County, State Court records will speak volumes of City and State Court Official Corruption And fraud charges entries to obtain a fraudulent (void) State Court Judgement/Sentence. In the Above Cause No. 2008-CR-1186. Absolutely no evidence, or magistrate Court Charges, to warrant any true-bill grand Jury Court findings, As detail explain under State and federal Court oath of Perjury. Applicant has been unlawfully imprisoned for a period of 85 mos., and intentionally Neglected to (cover-up Serious City/State Court Official Criminal Misconduct, under investigation) U.S. dept of Justice, Civil Rights, division 024.

" OUTRAGEOUS CITY MAGISTRATE & STATE COURT MISCONDUCT "

8TH AND 14TH AMENDMENT QUESTION OF LAW,

Would show (8TH) and (14TH) Amendment Violations, unreasonable Seizure under fraudulent, NOV 24, 2007, City Magistrate Court entries: NMAG 954121 - Co/ defendant DWI Charge; NMAG 954122 - Theft Charge, As verified (enclosed) CAUSE NO. 2008-CR-1187; 2008-CR-1186, Bexar Co., Criminal Justice Court event Log, entry 006, would fulfill and satisfy the requirements of (Art 11.07 & 4 (A)(1)(2)) Consideration with Accompany Attachment of Applicants (enclosed) FBI CJIS (PART 5, entry 16, 17) Fingerprint / Photo I.d. Records # 853779EB7, Unfortunately was attached to Applicants (W6) 11.07 Application, and Neglected by the (186TH) Bexar County district Court to Conceal Applicants Verified (11.07) Claims of unlawful magistrate fraud Charge entry and Abduction Claims and Commitment, NOV 24, 2007, into the Bexar County Jail, under fraudulent rubber-stamp NMAG Charges without Any Sworn Affiant, DWI Probable Cause, Criminal Complaints, or magistrate Commissioner (Seizure) Arrest warrant affidavits: (8TH) AND (14TH) Violations.

For the Texas CCH Record, Applicant will Provide Sworn Affidavit of facts that has lead to Applicant's 84 mos. Texas false imprisonment due to City magistrate and State Court Judicial Corruption And Abuse of State Court Authorities to intentional Convict Applicant in retaliation of the recent State dismissal of CAUSE NO. — 2006-CR-7634 (Jul 07), and Applicants refusal to enter a guilty plea in exchange of (45) yrs, while on Active t.d.c.j Parole # 1177492 At the time of 2006 incident, As Applicant will detail explain (8TH) AND (14TH) amendment Violations to obtain unlawful (VOID) CAUSE NO. 2008 - CR-1186 DWI NON-existing grand Jury Charge indictment.

THEREFORE Applicant desire WARRANTED Art 11.07 Sec 3. (d) relief on Verified Controverted Unresolved facts that are material to the Legality of Applicants Unlawful Confinement, as of NOV 24, 2007, As follow:"

" UNEXCUSABLE HABEAS 11.07 INADVERTENT FINDINGS "

A. QUESTION OF (8TH) AND (14TH), FRAUDULENT CITY MAGISTRATE COURT ENTRIES, NOV 24, 2007, AND NOV 23, 2007, FALSE ARREST CHARGES NMAG 954121 (DWI). (ALL FRAUDULENT (FORGED) Records ENCLOSED.)

• Specifically, most recently, 186TH Bexar County district Judge, Maria T. Herr is under Judicial misconduct Scrutiny, is my understanding, due to other issues not related to this official Complaint. On or About (12-31-14), Hon. Herr Overlooked, CAUSE NO. 2008-CR-1186 DWI, (11.07) Application, Ground 2 And did not Verify or acknowledge Any FBI (PART 5, entry 16 and 17) Questionable findings, As follow 000

(290TH) STATE BEXAR COUNTY OFFICIAL OPPRESSION . (18§ 241 § 242) FEDERAL LIABILITY

• Specifically, (D) Arrested, NOV 23, 2007, At 16:19 PM, Northern Bexar County, Texas (S.A.P.D - 7090436/01, Theft of A Vehicle) that was Later Altered, NOV 24, 2007, S.A.P.D - 7-0904236, DWE Offense. (D) is transported, 401 S. Rio, City of San Antonio detention Center, And Arrives At (17:24 PM), Placed in A magistrate Court holding Cell ① with several other warrantless Arrestees for Tex. V.C.C.P 15.17 proceedings that never transpired. (D) is only one not Afforded Any Preliminary Probable cause, Bond, or Charge notice hearing for Sham NMAG 954121; NMAG 954122 Forged rubber stamp Court enters, NOV 23, 2007. (See enclosed (FORGED) fraudulent City of San Antonio magistrate Court warnings, And intake Court inquiries.) MARKED EXHIBIT — SUBSECTION (A) ENCLOSED.

• Specifically, (D)'s City magistrate Court warnings - (NMAG # 954121; # 954122) - were intentionally fabricated And forged to make it Appear that (D) - was physically presented before A unknown ② magistrate Court Judge for Sham NMAG Court entries, while (D) waited in a City magistrate Court holding Cell ① to speak to the on duty magistrate for Appointment of Counsel Proceedings, (D) initials were than (FORGED) And Rubber-Stamp NOV 23, 2007.

• Specifically, (D) Positively Observes A suspicious unusual individual — (Shaughnessy - SBN# 18134500) - roaming the magistrate Court holding Cell Area, in the early morning hours, NOV 24, 2007, wearing A County issue, - white Judges Robe, And was not on duty As A elected County magistrate, Around the same time/date, (D) identity was Stolen And forged on ① A fabricated NMAG Court Records, enclosed. (Shaughnessy, Person of interest.)

• Specifically, (D) was on Active t.d.c.j Parole # 1177492, at the time of his questionable, NOV 23, 2007 warrantless Arrest And Pre-trial Confinement at the City magistrate. Apparently to disguise (D) fraudulent City magistrate Court NMAG 954121 (DWI) entries into the Bexar County Criminal Court Justice System, NOV 24, 2007, And False Charge Bexar County Jail Commitment (D) Parole information # 1177492 (DWI) was Stolen And forwarded to the FBI CJIS Biometric division, Asserting that (D) Parole # 1177492 was received And Committed, Saturday, NOV 24, 2007 Byrd unit, Huntsville, TX that never transpired. (i.e Strawman enter), to cover-up (D) Actual NOV 24, 2007, Bexar County Jail False Charge Commitment And imprisonment while on Active (Region 4) Parole # 1177492, Part 5, Entry 16 And 17, under investigation, U.S. dept of Justice Civil Rights (OIG) under (18§ 241 § 242).

Fugitive (D) — Lee, State bar of Texas Report # 201092249 · Bond # 46353

TEX CCA NOTATION: Applicant asserts a actual innocence claim requirement of Art 11.07, § (a)(2), accompany by several State of Texas (Brady, 83 S.Ct. 851)(1995) material evidence violations, due to City and State Court and (DA) office criminal misconduct, to obtain fraudulent Bexar Co. Cause No. 2008-CR-1186 Judgement/Sentence. Should make a gateway claim under Schlup v. Delo 115 S.Ct 851 (1995), Herrera, 506 U.S. 390, Consideration. (i.e., ESTABLISHED KIMMELMAN, 477 U.S. 365.)

• Specifically, (D) in the early morning hrs., Nov 24, 2007, is shockle at the City Magistrate detention center, at 401 S. Frio, and transported and booked — (B20076375801 and 02) — into the Bexar County Jail under fabricated - (Rubber stamp) - City NMOA 954121; 954122 Sham Charges, Without any sworn affiant probable cause, Criminal Complaints, or City Magistrate Court Commissioner (Seizure) Arrest Warrant Affidavits. (i.e. - (D) is falsely committed - (Art 16.20 Tex V.C.C.P) - into the Bexar County Jail Without any sworn certified Magistrate Court charges or bond hearing.) Strongely, (S. Haughnessy, SO #18134500), Person of interest at the City Magistrate holding cell observation is personally appointed, April 21, 2008, As my second Public defender by the (290th) State Judge, NMCANE who violated Art 26.04 Tex V.C.C.P.), after the termination hearing of (1) first requested public defender, J. Neri, 12/24/2007, from the Bexar Co., Jail interview. (See enclosed Subsection (A) 2008, 290th court event log.)

• Specifically, Jan 16, 2008 — without any (Region 4) Parole preliminary hearing or contact since (D) Nov 23, 2007 false warrantless arrest, and Nov 24, 2007 Bexar County Jail Commitment. A questionable blue Parole Warrant # SID 5375445 is falsely issued and return 01-18-15. At all times (D) Parolee was unlawfully imprisoned, as of Nov 24, 2007, under fraudulent fabricated City NMOA Charges NM 954121 — Nov 24, 2007 Co/defendant DWI charge. (D) - Parolee never made contact with (Region 4) Parole Agent until Sept 09, 2008, at the Bexar County Jail Annex, after falsely being convicted, 08-06-08, Cause No. 2008-CR-1186 (DWI), Nov 24, 2007, false charge entry.

• Specifically, Jan 26, 2008 — should have been Parolee's full-way discharge date, but not provided (Jail-time) credit from June 26, 2006 — Nov 89, 2007, after the dismissal, Cause No. 2006-CR-7634, Parolee #1177482, should have been "Credited" 16 mos total.

Footnote ①: (REQUESTED)

## "(8TH) AND (14TH) QUESTION VIOLATIONS

### "SECRET AND DECEPTIVE (290TH) BEXAR COUNTY COURT MISCONDUCT;"

• Specifically, Jan 30, 2008 — (D) First-ever Court Appearance, Since NOV 23, 2007, False WARRANTLESS Arrest. (D) Appears before (290TH) State district Judge (MACRAE) for possible ("ARRAIGNMENT") without Any Sworn Probable Cause, Criminal Complaints, or City magistrate Court Commissioner (Leizure) Arrest WARRANT Affidavits, or Certified bexar County grand Jury minutes or indictments for Sham Cause No. — 2008-CR-1186 (DWI), Which is documented As NOV 24, 2007, NMMA 954121 Col defendant DWI CHARGE. (See 006, entry, Cause No. 2008-CR-1187, Enclosed (290TH) bexar County CJIS information (Court event Log.) MARKED-EXHIBIT — SUBSECTION (A) AND (C), See, 2008-CR-1186WI Court Findings.

Specifically, (D) ON (12-24-07) made A Jailhouse request for Appointment of Counsel, to Seek WARRANTED information, As to the Absolute Unlawful reasons why (D) did Not make A initial, NOV 23, 2007, City magistrate Court Bond or Charge hearing for Sham Rubber-Stamp forged NMMA 954121; 954122 questionable Charges that were fraudulent entered, NOV 24, 2007, into the bexar County Criminal Justice Court System, And fraudulently Assign to the (290TH) B.D.C., without Any Certified City magistrate Commissioner Charges. (D) Was then Appointed, State Public defender, John Neri, At the bexar County Jail ON: 12-24-2007.

Specifically, ON (1-30-08) Which is wrongfully documented PRE-HEARING Reset 0290, entry 019. (D) Was offered 6mes. State Jail in exchange for A guilty Plea for Unauthorize Use of A Motor Vehicle, but was Later rejected by Another Visiting young bexar Co.(DA) Agent. Appointed Counsel ("Neri") Advice (D) of A New Add-on NMMA 954121 DWI Charge, NOV 24, 2007, Plea offer Was Set At Five (5) year imprisonment in exchange for A guilty Plea Without magistrate Certified Charges or bexar County grand Jury indictment Charge instrument findings. (D) rejected Any State Plea Agreement offers And Seek WARRANTED State Jury trial. (D) filed Several (Prose) Lay-man Motions, Since Counsel Neri repeatedly failure to Promptly investigate Allege Verified, City magistrate Court Administrative Official Corruption misconduct to include o.o. Agg Perjury; Agg forgery; Agg identity theft; fraudulently Securing and executing City, State, federal gov't Court records to Secure (D) NOV 24, 2007, bexar County Jail false imprison-ment Commitment. (i.e. Agg Abduction without Certified Charges or — City magistrate Court Arrest WARRANTS for (D) UNLAWFUL Seizure.) (D) is Unlawful return to the B.C.D.C. Jail.

## "(8TH) AND (14TH) QUESTION VIOLATIONS"

- Specifically, FEB 13, 2008 — (D) received a questionable certified (Rubber stamp) defendants copy, grand Jury foreman indictment Cause No. 2008-CR-1186 (D.U.I) indictment that was never filed with the bexar county district clerks office. (See backside of enclose - fraudulent Rubber stamp indictment.) ③ Cause No. 2008-CR-1186 was never before any Jan Term. A.D. 175TH Grand Jury Sworn Panel or Session. MARK EXHIBITS — Subsection (C) showing, NO Subject - matter — district Court — Jurisdiction To Impose (8TH) PUNISHMENT.

- Specifically, APRIL 21, 2008 — Prior to this official date/time, (D) filed Warranted State bar of texas grievance on Appointed Counsel (NERI) for failure to acknowledge (D)'s Complaints of Never Appearing before ANY City Magistrate Court Commissioner, NOV 23, 2007, for SHAM NMBR 954121; 954122 Charge entries, And not filing Any (Pre-trial) Court motions, until After My initial Complaint of ineffective assistance of Counsel. Neri Seeks Motion to Withdraw, As Appointed Counsel, but is (REJECTED) by (290TH) State Judge Machado, who become furious, After My Strickland Standard Violation Citation on record. Counsel Neri was immediately dismissed As Appointed Counsel on Record, Cause No. 2008-CR-1186, and Should be held Accountable Under Legal Malpractice Negligence.

- Specifically, State (Bexar Co.) 290TH Judge, openly Violates, Tex. V.C.C.P — Art 26.04(a) and Personally Appoints her former Prosecutor And NOV 24, 08 (PERSON of interest) Shaughnessy, SBN # 18134500, As (D) next State Court Public Attorney, And Abhorrently Asserts, "Make good use of your next Appointed Counsel for it will be your Last"! At this time/date (D) was totally UNAWARE of her bias Comments and future Consequences. (D) is Knowingly and intentionally return to bexar Co. Jail without Certified Magistrate Court Charges or grand Jury (Sworn) True-bill indictments.

- Specifically, June 13, 2008 — Mysteriously And Undocumented, (D) is Awaken at the (B.C.D.C) And taken by bus to the (290TH) Bexar Co., district Court, and presented before (RETIRED) Senior Judge, PAT - Priest And bexar County (D4) Agent, Charles bunk. (D) is threaten by Counsel Shaughnessy of A Auto-matic (Habitual) Life Sentence If I continue to insist to A Jury trial, for Cause No. 2008-CR-1186. (D) Questions Counsel Shaughnessy unauthorize State Plea bargin for eight (8) years without my Consent or due Process notice.

Footnote ③, Have Letter Appertaining from A bexar County district Clerk for Accepts, No Certified Charges Filed To warrant FEB 13, 2008 Indictment.

# (8TH) AND (14TH) QUESTION VIOLATIONS

CONTINUE: JUNE 13, 2008, UNDOCUMENT COURT PROCEEDINGS;

° Specifically, Counsel Shaughnessy became visible upset and hostile, After (D) (REJECTED) to sign any (8) yr state plea agreement in exchange for a compel guilty plea. Counsel Shaughnessy maliciously advice (D), that he would ████ regret - 06-13-08 - 8yr state plea agreement on the return of state Judge MacRae, who apparently was enjoying summer cruise ship vacation. (D) under extreme anxiety and devastating depression is unlawfully return back to the Bexar Co. Jail. For the (FBI) record: There are several undocumented (290TH) court appearance on (D)'S court dkt sheet. (i.e., Bexar Courthouse Corruption.)

° Specifically, July 11, 2008 - State Judge, MacRae, has return to the (290TH) bench, and seems visible upset and disturb. (D) presented Counsel Shaughnessy several hand-written (Prose) motions to be filed, only to be neglected. Also on this date/time, former Prodsecuting Bexar County DA, Melisa Skinner, for Cause No. 2006-CR-7634 is Present and in discussion with Counsel Shaughnessy. Counsel Shaughnessy knowingly and intentionally deceives and misleads (D) to believe he is eligible to apply for - (TEX V.C.C.P Art 42.12 Sec13) Come, DWI probation in exchange for a - (Questionable) - guilty plea, Cause No. 2008-CR -1186. Counsel Shaughnessy, advices (D) a - (Habitual) - automatic - Life Sentence was in place at a requested Jury trial. (D), under extreme anxiety and duress entered a involuntary compel guilty plea, and never applied or qualified for any (DWI) probation, as falsely advice, by Counsel Shaughnessy. In fact, State (DA) never advice Counsel Shaughnessy to advice (D) of any type of state (DWI) Probation application, or was (D) advice of any potential (REPEATER) enhancement court punishment, and was strictly advice, by Counsel Shaughnessy of a auto-matic (Habitual) life sentence at a Jury court trial. At no time did (D) meet the falsified (Habitual) enhancement requirements that were intentionally placed on counterfiet (Rubber-stamp) indictments to compel (D) to plead out case under duress. ( I. d. e TEX V.PP. Art. 26.13 violations.); (See Also, Cause No. 2008-CR-1186, 07-11-08, State Plea Court admonishments enclosed. See Also, Nov 05, 2009, Unlawfully sworn 11.07 counsel verification under the false county of Bexas, and maliciously accepted by the (290TH) Bexar Co. Court as true and correct. Absolutely No truth, State 290TH District court had absolutely No subject - matter - court - jurisdiction to illegally impose unlawful judgement / sentence, Sham Cause No. 2008-CR-1186 - NM954121 C/o defendant DWI charge, Nov 24, 2007.

## UNLAWFUL (290TH) COURT JUDGEMENT / SENTENCE.

• Specifically, AUG 06, 2008 — (D) Now appears for (290TH) State court sentencing and punishment. Again, (D) provides Counsel Shaughnessy hand-written (prose) motion to withdraw questionable involuntary plea, due to falsified probation legal advice. Prior to this date/time (D) had a questionable (PSI) interview at Bexar County Jail Annex and was advice of several district court discrepancies. [4]

At this time, Counsel Shaughnessy become very hostile and outrage, and approach a Anglo-female court reporter and advice her to possible "strike" the court-recorded proceedings, and storm to the (290TH) district Judges Chambers.

Immediately, State Judge (Mackroe) appears on the bench, while Counsel Shaughnessy, is quiet discussion with a black (DA) Daryl Harris, who also appears dumbfound and prejudice prepossessed. (D) approaches (290TH) State court bench and is advice by Counsel Shaughnessy to keep quiet, as he address the court of possible (10) year punishment, due to my past criminal history and age. State (Bexar Co.) DA, Daryl Harris, stay silent when the illegal twenty (20) year sentence/judgement is order. (D) in "shock" is roughly escorted out the (290TH) court, when (D) yelps to be allowed to file "Notice of Appeal" of wrongful sentence/judgement.

• Specifically, AUG 26, 2008 — At best from the Bexar County Jail Law Library, (D) in lay-man terms files warranted (jurisdiction defects) notice of appeal, and is appointed (INEFFECTIVE) - appeal counsel, Angelia Moore. See, attach letter and habeas filings, petition to vacate judgement motion.

● (18 § 241 § 242) INVESTIGATION

• Specifically, Sept 01, 2008 — (D) receives (enclosed) anonymous, City of San Antonio magistrate court intake inquiry's # 1233938; # 1233940; to show cause and prejudice city magistrate Judicial administration corruption and false charge entry abduction # NMWR 954121; 954122, to include Agg. forgery; Agg. identity theft; tampering w/ city, state, federal gov't court records to falsely secure and execute (D)'s commitment, NOV 24, 2007, into the Bexar County Jail without certified criminal complaint arrest warrant charges. Mark exhibits. Subsection (A)(B) under (FBI) U.S. dept of civil rights (CIA) investigation - (18 § 241 § 242). Verified city and state of Texas gov't court corruption and savage misconduct (i.e., Horrific injustice 8th 14th)

Footnote 4 ○ - female S.A. probation advices (D) that no applicable (Tex 42:12 Sec 13) was in place for cause No. 2008-CR-1156(DWI) offense. Never eligible or applied, July 11, 2008.

• Specifically, Sept 09, 2008 — After 10½ mos. of questionable unlawful imprisonment on active Parole #1177492, is visited by a (Region 4) Texas Parole Anglo female Agent to advice Parolee of Revocation proceedings. In truth Parolee #1177492, Should have been terminated as of (01-26-08) if provided warranted jail/time credit from: 06-26-06-To- -11-09-07, after the dismissal of Cause No. 2006-CR-7634. Parolee advice Agent of the questionable fraud charge incidents At the Nov 23, 2007 City magistrate detention court. Parole Agent seem very bewildered, as she searched my #1177492 Parole file but keep Silent! Parolee never obtain warranted Parole Preliminary- (Probable -cause) - hearing at the bexar County Jail at any time After- (D) Nov 24, 2007 Commitment. Parole Agent immediately order A 12PM, 09-19-08, bexar County Jail Parole Revocation hearing to Perfect the questionable false Arrest Record, with Possible Subpoena of Arresting (Cd. A. P.S #0582) R. Deckard), who is now deceased.

• Specifically, Sept 19, 2008 — early morning, (D), Awaken At the bexar County Jail Annex and order to pack-up for immediate transfer to T.D.C.J -Garza West, Beeville, TX- (diagnostic Unit), for Some Unknown malice reason this actual (09-19-08) t.d.c.j Commitment does not Appear on (D) enclose #853299E07, PART 5, (FBI) CJIS Records. (D) is Unlawful Process At the Garza West Prison Unit and fraudulently Assign t.d.c.j #1523604. Offenders #1177492 (DWI) fingerprint/photo I.D was fraudulently (STOLEN) And enter to the (FBI) CJIS Division, on Nov 24, 2007, As (STRAWMAN) Received And Committed, Byrd diagnostic Unit, Huntsville TX, A day After (D)'s Nov 23, 2007 false Arrest And Commitment into the bexar County Jail. (SEE- ENCLOSED) FBI Records, MARK EXHIBIT: Sec (3)(C) For The Federal Court (18 U.d.C § 240 § 241) Prosecution Records.

• Specifically, Nov 05, 2008 — Almost one-year later After (D) warrantless, Nov- 23, 2007 warrantless Arrest, Parolee #1177492 is Provided hired ineffective Counsel, by t.d.c.j Parole division, who were fully Aware of my false imprison- -ment Commitment to the t.d.c.j Prison System And Neglected And try to Cover-it up by Appointment of Parole Revocation Counsel, Roberto O, who Miserable failed to Promptly investigate And file warrant (11.07) Application, because he Asserted his services were (Hired) by the State of Texas Parole Administration. (REQUEST Recorded, Nov 05, 2008 Parole Revocation (CD).)

APPLICANT'S PRAYER:

Hereby based on enclosed verified state Court Miscarriage of Justice findings, Applicant seeks Warranted - (Rule 67.1; 66.3(b); 68.1; 68.4; 72.1; 73.1) Relief and Consideration, as a Obligation to Applicants State/Federal due Process And Equal Protection Afforded to Applicant under the (8TH) and (14TH) Questions of Law or established fraud City And State Court entries without any Certified evidence or Charges. See Subsection (C) Page (1) Altered - 2008-CR-1156W2 (Reporter.)

Applicant has Severely Suffered (8TH) Amendment Punishment of Cruel and unusual 85 mos, False imprisonment on verified fabricated Counterfeit NWMPA 954121 (DWI) Charges, As of Nov 24, 2009,

Applicant now Challenges the elected Court of Criminal Appeals Integrity and due Process proceedings under Rule 72.1; 73.1 Warranted General provisions.

Yours Sincere Services & Integrity are truly Appreciated.

Respectfully Submitted
In Truth and Mercy
X _____
Unlawful Confined
Texas Offender
# 1523604.

CC: COURT OF CRIMINAL
APPEALS TEXAS; 5TH Cir
FEDERAL COURT OF APPEALS.

UNSWORN DECLARATION
(28.U.S.C. & 1746)

"I, Texas offender, Jose A. Gutierrez, t.d.c.j # 1523604, Presently Confine At the Segovia Unit, hidalgo County, Texas, Attest All enclosed General Court Records And Statement of facts Are true and Correct to the best of My Immediate Knowledge.

Executed on the 24TH day of February 2015.

X _____
Texas Offender
# 1523604.

*"VERIFIES FRAUDULENT CHARGE ENTRIES AND ABDUCTION"*

DPW:        NAME: GUTIERREZ, JOSE ALBERTO                    SID: 0534734

RACE: L    SEX: M    DOB: 03-09-69    DL#: 011326899    HOME PHONE: 735-6511

ADDRESS: 01706    KENDALIA         SAN ANTONIO    TX   WK PHONE: 000-6511

ARRESTING AGENCY: TXSPD00    INTAKE#: 1233938    ASSIGNMENT#: 70904236 - *Fraudulent*

ARR OFFICER 1: 0582 DECKARD, ROBERT    ARR OFFICER 2: *L.A.P.D assignment #?*

ARRESTED... - DATE: 11-23-2007 TIME: 1619    OPERATOR: 54    MAGISTRATE
                                                             LOCATION: JL
INTAKE..... - DATE: 11-23-2007 TIME: 1930    OPERATOR: 54
                                                             MAGISTRATE
CHARGED.... - DATE: 11-23-2007 TIME: 1939    OPERATOR: 54    DISPOSITION: JL

MAGISTRATED - DATE:              TIME:              OPERATOR:        JUDGE:

*® Arrived At City Magistrate Intake At 17:24 PM 000*

*SUBSTITUTION - A — Records*

Anionymously Provided by a bexar County Jail adewistrate - After false Conviction!
due to fraud Charge entries, Nov24,2007.

--->, USE PF KEYS TO SELECT DESIRED FUNCTION

BEXAR COUNTY                    MAGISTRATE SYSTEM
    TEXAS                  CITY MAGISTRATE CHARGE INQUIRY

09/01/08
00:02:48

DPW:                                              PAGE: 001 OF: 001
LN  CHG TICKET /                                              MAG
NBR TYP WARRANT#   DATE  CHARGE DESCRIPTION  FINES&COSTS BND-AMOUNT NUMBER DISP
001 CLB            071123 540405 DRIVING WHILE          20000 00 954121 CTJB
002 CLB            071123 240452 THEFT-$1500-2          10000.00 954122 CTJB
                   ---> END OF LIST

(D) Never made Any initial city magistrate, NMag 954121; 954121; Bond or
Charge Court Appearance, Nov23, 2007, All Court Records (Forged) And
Rubber stamp dated Nov23, 2007, to falsely imprison And Commit (N)
Into the bexar County Jail, Nov24, 2007, without sworn Certified
Magistrate Court Commissioner (Seizure) Arrest Warrant Affidavits,
Criminal Complaints, or Probable Cause Affidavits OOO

PF1      PF2      PF      PF5      PF7      PF8      PF9      PF13



*Person of interest, Counsel appointed, Shovgannoga SBN 15134500!*

BEXAR COUNTY                    MAGISTRATE SYSTEM                    09/01/08
  TEXAS              CITY MAGISTRATE INTAKE INQUIRY                  00:00:28

DPW:        NAME: GUTIERREZ, JOSE ALBERTO                    SID: 0534734

RACE: L    SEX: M    DOB: 03-09-69    DL#: 011326899    HOME PHONE: 735-6511

ADDRESS: 01706    KENDALIA              SAN ANTONIO    TX    WK PHONE: 000-6511

ARRESTING AGENCY: TXSPD00    INTAKE#: 1233940    ASSIGNMENT#: 70904236 *(FRAUD)*

ARR OFFICER 1: 0582 DECKARD, ROBERT    ARR OFFICER 2: 0820 WILLIAMS, KENNE

ARRESTED... - DATE: 11-23-2007 TIME: 1619    OPERATOR: 53    MAGISTRATE
                                                              LOCATION: JL
INTAKE..... - DATE: 11-23-2007 TIME: 1929    OPERATOR: 53
                                                              MAGISTRATE
CHARGED.... - DATE: 11-23-2007 TIME: 2000    OPERATOR: 53    DISPOSITION: RL

MAGISTRATED - DATE:               TIME:        OPERATOR:        JUDGE:

--------PF1----------PF3----------PF5--------------PF6----------PF9------------PF12-------

```
DPW:                                              PAGE: 001 OF: 001
LN  CHG TICKET /                                           MAG
NBR TYP WARRANT#   DATE  CHARGE DESCRIPTION  FINES&COSTS BND-AMOUNT NUMBER DISP
001 TRF P215511A 071123 0036A  OPERATE MOTOR   ?                         0121
002 TRF P215511B 071123 0050C  UNKNOWN DESC                              0121
                        ---> END OF LIST
```

(D) Never made Any magistrate traffic ticket Appearance, Never received
Any Notice or Signed Any traffic citations. I have reason to believe
(UNKNOWN DESC) — Open Container, Later falsely became, NMAG 954121 —
Nov 24, 2007, Co/ defendant DWI Charge, As verified on (ENCLOSED) —
Cause No. 2008-CR-1187, Bexar CJIS Event Records, entry 006 000
Applicant has shown Serious (8TH) (14TH) Amendment Violations /
to obtain fraudulent (voss) Bexar County Judgement / Sentence.

**SUBJECT:** *State briefly the problem on which you desire assistance.*

U.S. dept of Justice
CIVIL RIGHTS (OZA)

" VERIFIED, (18 U.S.C § 241 § 242): CITY OF SAN ANTONIO MAGISTRATE, NOV 23, 2007, Judicial Administration Corruption And Tampering With (Tex Penal 37.09 § 37.10) City, State, federal govt Court Records to fraudulent (Abduct) Charge Applicant #1523604:

① Arrived at City magistrate intake At (1724 PM);

② (D). Never makes any initial magistrate Court Commissioner (Bond) or (Charge) [NMHG 954121; 954122 hearing, All magistrate court records (Forged) & Rubber Stamp, NOV 23, 2007; (i.e. BEXAR County State Court Public Corruption.)

③ NO Tex penal code Charges filed or Magistrate Court (Seizure) Arrest Warrant issued for (D) false imprisonment BEXAR Co. Jail, NOV 24, 2007, Commitment !

**Name:** Joel Alberto Gutierrez   **No:** 1523604   **Unit:** Segovia

**Living Quarters:** C2-64   **Work Assignment:** _____

---

**DISPOSITION:** (Inmate will not write in this space) For the Record : All enclose fraudulent City magistrate Court Records And State Court Records, CAUSE NO. 2008-CR-1186 Are Being forwarded to the U.S. dept of Justice (OZA) Civil rights division for Possible Federal Charges under (18 U.S.C. § 241 § 242) Verification.

✹ Xerox Copies mailed to U.S. dept of Civil rights (OZA) J.H. Fisher ○○○

☆I-60 (Rev. 11-90)

CC: Files ○○○
W/ Xerox Copies
enclosed ○○○

*VERIFIED CITY OF SAN ANTONIO MUNICIPAL ADMINISTRATION AND BEXAR COUNTY COURTHOUSE (SA) AND JUDICIAL CORRUPTION TO OBTAIN UNLAWFUL (8TH) AMENDMENT VOID JUDGEMENT/SENTENCE BY WAY OF FEDERAL AND STATE FRAUD*

CAUSE NO. 2005-CR-1196
FRAUD (VOID) INDICTMENT

Court of (Principal) Appeals
Texas
Abilene, TX
Penal § 39.02, 37, 37.03
ABUSE OF OFFICE

Filed Unknown Federal Complaint (FBI/HS 942)
U.S. Atty J. Vanderweif
U.S. Atty R. Stone
L.A. Ficarra

FBI Complaint SBI# 19134150
Bexar County Judicial Conduct
Ref: CJC No. 10-0063AT
CJC No. 10-0063AT
No-IGAP

SENTER (Ryan) Judicial Conduct – CJC No. 09-1057AE
(290TH) Bexar County Judge (Principal)
#0019

CEA (Principal) Judicial Conduct
State Court – Judicial Conduct
Ref: CJC NO. 10-0063AT
CJC No. 10-0063AT
No-IGAP

# Lawyer's sentence sends <u>key message</u>

It does not take much to undermine public confidence in the criminal justice system.

We all suffer every time a wrongful conviction is overturned due to prosecutorial or judicial misconduct, a lawyer or judge is caught up in public corruption scandals or — as we recently witnessed in Bexar County — a prominent indigent defense lawyer pleads guilty to defrauding the system.

Recently in Bexar County, a criminal defense lawyer admitted he bribed a judge in exchange for favors, and a state district judge, who had filed for re-election, resigned in the middle of that investigation.

The actions of few less-than-scrupulous people should not permanently taint our opinion of a massive system that includes thousands of hard-working individuals of high integrity, but they do. That makes it critical that cases involving members of the legal bar and the judiciary be prosecuted to the full extent of the law.

During this week's sentencing of Hilda Valadez, a former prosecutor turned-defense lawyer, who pleaded guilty to forging judges' signatures and double-billing for her indigent defense work, her lawyer asked the court for leniency.

"If she were not an attorney, they would have offered her probation. We're not asking for anything different than what anyone else would get," the Express-News reported that her defense attorney Joe Hoelscher told Visiting Judge Stephen Ables before Valadez was sentenced to 10 years in prison.

That is not a valid argument. Valadez was a licensed lawyer when she committed her crimes; she had taken an oath to uphold the law and she knew better. She should be held to a higher standard.

Assistant District Attorney Patrick Ballantyne argued that the judge needed to send a message and help restore public faith in a courthouse that has a very dark cloud of corruption hanging over it, reporter Michelle Casady reported.

He is absolutely right. In a year when voters are faced with an unusually high number of contested judicial races, and voter apathy is rampant, we cannot afford to turn off more voters because they perceive the insider-players are catching all the breaks.

INTAKE #: 1233938

MAG NO. 954121

THE STATE OF TEXAS
COUNTY OF BEXAR

MAGISTRATE WARNING

CITY: _____
COURT NO: _____
COUNTY/STATE: _____
WARRANT NO: _____
ASSIGN/CASE NO: _____
ARREST DATE: 20071123
ARREST TIME: 1619

BEFORE ME, THE UNDERSIGNED, MAGISTRATE OF BEXAR COUNTY, TEXAS, ON THE ___ DAY
OF **NOV 2 3 2007**, AT _20:15_ O'CLOCK A.M. /P.M. AT THE MAGISTRATE COURT APPEARED
GUTIERREZ, JOSE ALBERTO    AT WHICH TIME I INFORMED THE ACCUSED OF THE CHARGE
DRIVING WHILE INTOXICATED 3RD                         , FILED AGAINST HIM/HER
AND OF ANY AFFIDAVIT, COMPLAINT, OR VERIFICATION OF A WARRANT FILED THEREWITH.

THE DEFENDANT WAS INFORMED:
1. OF HIS/HER RIGHT TO REMAIN SILENT;
2. OF HIS/HER RIGHT TO RETAIN COUNSEL;
3. OF HIS/HER RIGHT TO REQUEST THE APPOINTMENT OF COUNSEL IF HE/SHE IS
   INDIGENT AND CAN NOT AFFORD COUNSEL;
4. THAT HE/SHE WILL BE ALLOWED A REASONABLE TIME AND OPPORTUNITY FOR COUNSEL;
5. OF HIS/HER RIGHT TO HAVE AN ATTORNEY PRESENT DURING AN INTERVIEW WITH
   PEACE OFFICERS;
6. OF HIS/HER RIGHT TO TERMINATE AN INTERVIEW AT ANY TIME;
7. THAT HE/SHE IS NOT REQUIRED TO MAKE ANY STATEMENT;
8. THAT ANY STATEMENT MADE BY HIM/HER MAY BE USED AGAINST HIM/HER AT TRIAL
   AND IN COURT;
9. OF HIS/HER RIGHT TO HAVE AN EXAMINING TRIAL;
10. IF FROM A FOREIGN NATION, THE RIGHT TO ACCESS HIS/HER CONSULATE;
11. OF THE PROCEDURES FOR REQUESTING A COURT APPOINTED ATTORNEY
    A.  THAT AN APPLICATION NEEDS TO BE COMPLETED TO DETERMINE IF HE/SHE
        QUALIFIES FOR COURT APPOINTED COUNSEL;
    B.  THAT A CLERK WILL ASSIST HIM/HER IN FILLING OUT THE APPLICATION
    C.  THAT AN AFFIDAVIT NEEDS TO BE SIGNED;
    D.  THAT AN AFFIDAVIT IS A WRITTEN OR PRINTED DECLARATION OR STATEMENT OF
        FACTS MADE VOLUNTARILY AND CONFIRMED BY OATH BEFORE A PERSON HAVING
        AUTHORITY TO ADMINISTER SUCH OATH;
    E.  THAT HE/SHE MUST QUALIFY FOR COURT APPOINTED COUNSEL;
    F.  THAT IF HE/SHE MEETS INDIGENCE STANDARDS HE/SHE WILL QUALIFY FOR COURT
        APPOINTED COUNSEL;
    G.  UPON QUALIFICATION PRETRIAL SERVICES WILL PROVIDE THE NAME AND PHONE
        NUMBER OF THE ATTORNEY; AND
    H.  THAT COURT APPOINTED COUNSEL SHOULD CONTACT HIM/HER BY THE END OF THE
        FIRST WORKING DAY AFTER APPOINTMENT.

THE MAGISTRATE ASKED WHETHER THE PERSON WANTS TO REQUEST APPOINTED COUNSEL.
THE ACCUSED DOES / DOES NOT WANT TO REQUEST COURT APPOINTED COUNSEL.

_____ YOU ARE REMANDED WITHOUT BOND.

BOND SET: $ _20,000.00_ M

WARNING RECEIVED, (THIS IS NOT AN ADMISSION OF GUILT)

MAGISTRATE / DATE     NOV 2 3 2007              ACCUSED / DATE        NOV 2 3 2007

INTAKE #: 1233938

MAG NO. 954122

CITY: _____
COURT NO: _____
COUNTY/STATE: _____
WARRANT NO: _____
ASSIGN/CASE NO: _____
ARREST DATE: 20071123
ARREST TIME: 1619

THE STATE OF TEXAS
COUNTY OF BEXAR

MAGISTRATE WARNING

BEFORE ME, THE UNDERSIGNED MAGISTRATE OF BEXAR COUNTY, TEXAS, ON THE ___ DAY OF **NOV 23 2007** AT 20:15 O'CLOCK A.M./P.M. AT THE MAGISTRATE COURT APPEARED GUTIERREZ, JOSE ALBERTO    AT WHICH TIME I INFORMED THE ACCUSED OF THE CHARGE THEFT $1500-20K-VEH AND OF ANY AFFIDAVIT, COMPLAINT, OR VERIFICATION OF A WARRANT FILED THEREWITH.

THE DEFENDANT WAS INFORMED:
1.  OF HIS/HER RIGHT TO REMAIN SILENT;
2.  OF HIS/HER RIGHT TO RETAIN COUNSEL;
3.  OF HIS/HER RIGHT TO REQUEST THE APPOINTMENT OF COUNSEL IF HE/SHE IS INDIGENT AND CAN NOT AFFORD COUNSEL;
4.  THAT HE/SHE WILL BE ALLOWED A REASONABLE TIME AND OPPORTUNITY FOR COUNSEL;
5.  OF HIS/HER RIGHT TO HAVE AN ATTORNEY PRESENT DURING AN INTERVIEW WITH PEACE OFFICERS;
6.  OF HIS/HER RIGHT TO TERMINATE AN INTERVIEW AT ANY TIME;
7.  THAT HE/SHE IS NOT REQUIRED TO MAKE ANY STATEMENT;
8.  THAT ANY STATEMENT MADE BY HIM/HER MAY BE USED AGAINST HIM/HER AT TRIAL AND IN COURT;
9.  OF HIS/HER RIGHT TO HAVE AN EXAMINING TRIAL;
10. IF FROM A FOREIGN NATION, THE RIGHT TO ACCESS HIS/HER CONSULATE;
11. OF THE PROCEDURES FOR REQUESTING A COURT APPOINTED ATTORNEY
    A.  THAT AN APPLICATION NEEDS TO BE COMPLETED TO DETERMINE IF HE/SHE QUALIFIES FOR COURT APPOINTED COUNSEL;
    B.  THAT A CLERK WILL ASSIST HIM/HER IN FILLING OUT THE APPLICATION
    C.  THAT AN AFFIDAVIT NEEDS TO BE SIGNED;
    D.  THAT AN AFFIDAVIT IS A WRITTEN OR PRINTED DECLARATION OR STATEMENT OF FACTS MADE VOLUNTARILY AND CONFIRMED BY OATH BEORE A PERSON HAVING AUTHORITY TO ADMINISTER SUCH OATH;
    E.  THAT HE/SHE MUST QUALIFY FOR COURT APPOINTED COUNSEL;
    F.  THAT IF HE/SHE MEETS INDIGENCE STANDARDS HE/SHE WILL QUALIFY FOR COURT APPOINTED COUNSEL;
    G.  UPON QUALIFICATION PRETRIAL SERVICES WILL PROVIDE THE NAME AND PHONE NUMBER OF THE ATTORNEY; AND
    H.  THAT COURT APPOINTED COUNSEL SHOULD CONTACT HIM/HER BY THE END OF THE FIRST WORKING DAY AFTER APPOINTMENT.

THE MAGISTRATE ASKED WHETHER THE PERSON WANTS TO REQUEST APPOINTED COUNSEL.
THE ACCUSED DOES   DOES NOT WANT TO REQUEST COURT APPOINTED COUNSEL.

_____ YOU ARE REMANDED WITHOUT BOND.

BOND SET: $ 10,000.00

WARNING RECEIVED, (THIS IS NOT AN ADMISSION OF GUILT).

MAGISTRATE / DATE    NOV 23 2007          ACCUSED / DATE          NOV 23 2007

***** Bexar County Criminal Justice Information System *****
- Event Log Display -

JN: 1270710    Juris Court: D290    Case Nbr: 2008CR1187     R S   DOB     Loc
SID: 0534734   Suff: 01  Name: GUTIERREZ, JOSE ALBERTO        L M 19690309  CLS

| | Code | Date | Description | Qualifier | CNC | Date | Term | Oper |
|---|---|---|---|---|---|---|---|---|
| 001 - | 1001 | 11232007 | FS 240407 THEFT $1500 TO $20,000 - VEH1 | | | 11242007 | A1BA | 30684 |
| 002 - | 1002 | 11232007 | COMPLAINT FILED | NM   954122 | 1 | 11242007 | A1BA | 30684 |
| 003 - | 1202 | 11232007 | BOND SET | 10000.00 00000001 | | 11242007 | A1BA | 30684 |
| 004 - | 1013 | 11232007 | DEF MAGISTRATED | | 1 | 11242007 | A1BA | 30684 |
| 005 - | 6300 | 11232007 | ER2 RECV FROM DPS | | 1 | 11252007 | BATC | SYST |
| 006 - | 1102 | 11242007 | CO-DEFENDANT NUM NM954121 | | 1 | 11242007 | A1BA | 30684 |
| 007 - | 1101 | 11242007 | BOOKED | B20076375802 | 1 | 11242007 | A1BA | 30684 |
| 008 - | 0102 | 11242007 | AWTG INDICTMENT | | 1 | 11242007 | A1BA | 30684 |
| 009 - | 6402 | 11242007 | Offender record sent to VINE | 12707100011 | 11242007 | NATU | 30684 |
| 010 - | 6403 | 11242007 | Charge record sentto VINE | 12707100011 | 11242007 | NATU | 30684 |
| 011 - | 1401 | 11272007 | GJ NUMBER ASSIGNEDGJ482827 | | 1 | 11272007 | DAAF | 09551 |
| 012 - | 2545 | 11272007 | INTAKE DA | 00788656 | 1 | 11272007 | DAAF | 09551 |
| 013 - | 4100 | 12142007 | MOTION FOR APPOINTMENT OF ATTORNEY | | 1 | 12172007 | DCCH | 33222 |
| 014 - | 2502 | 12242007 | DEF ATTORNEY APP 14915600 | | 1 | 12242007 | SYS | SYS |
| 015 - | 4302 | 12242007 | ATTORNEY APPOINTEDV0939P2801 | | 1 | 01092008 | DCHD | 32505 |
| 016 - | 2066 | 12262007 | PRE-HEARING SET | D290 | 1 | 11262007 | DCNN | 30284 |
| 017 - | 2545 | 01042008 | INTAKE DA | 24045910 | 1 | 01072008 | DAAF | 09551 |
| 018 - | 2525 | 01102008 | DA INVESTIGATOR | 0711889 | 1 | 01102008 | DAAF | 09551 |
| 019 - | 2068 | 01302008 | PRE-HEARING RESET D290 | | 1 | 12282007 | DCH3 | 16155 |
| 020 - | 4100 | 01312008 | MT FOR WORK RELEASE | | 1 | 02012008 | KKC2 | 33213 |
| 021 - | 4100 | 01312008 | MT FOR EVID FAVOR TO DEFENDANT | | 1 | 02012008 | KKC2 | 33213 |
| 022 - | 4107 | 01312008 | MOTION TO SUPRESS EVID & ILLEGAL ARRST | 1 | 02012008 | KKC2 | 33213 |
| 023 - | 1003 | 02072008 | EHN-HABITUAL | | 1 | 02072008 | DY75 | 15043 |
| 024 - | 1431 | 02132008 | INDICTED BY GJ | | 1 | 02132008 | KKA1 | 11804 |
| 025 - | 4301 | 02132008 | GRAND JURY REPORT V0944P2377 | | 1 | 02222008 | KKA1 | 11804 |
| 026 - | 1511 | 02132008 | DIST COURT ASSIGNDD290 2008CR1187 | | 1 | 02132008 | KKA1 | 11804 |
| 027 - | 6402 | 02132008 | Offender record sent to VINE | 12707100011 | 02132008 | NATU | 11804 |
| 028 - | 6403 | 02132008 | Charge record sentto VINE | 12707100011 | 02132008 | NATU | 11804 |
| 029 - | 4343 | 02132008 | TRUE BILL INDCTMNTV0941P2540 | | 1 | 02192008 | KKA1 | 11804 |
| 030 - | 2001 | 02152008 | ARRAIGNMENT SET | | 1 | 02132008 | KKA1 | 11804 |
| 031 - | 0130 | 02152008 | AWTG TRIAL SETTING | | 1 | 02132008 | KKA1 | 11804 |
| 032 - | 4100 | 02262008 | MT TO QUASH INDICTMENT | | 1 | 02272008 | KKC2 | 33213 |
| 033 - | 4100 | 02262008 | MT TO PRODUCE GRAND JURY TESTY OF | | 1 | 02272008 | KKC2 | 33213 |
| 034 - | 4100 | 02262008 | WITNESS CROSS EXAMINATION | | 1 | 02272008 | KKC2 | 33213 |
| 035 - | 4100 | 03072008 | LETTER TO DC COURTFRM DEF | | 1 | 03102008 | KKC2 | 33213 |
| 036 - | 4105 | 03072008 | MOTION IN LIMINI  ENHANCEMENT COUNTS | 1 | 03102008 | KKC2 | 33213 |
| 037 - | 4100 | 03072008 | W/ MT TO QUASH/DISMISS ENHANCEMENT | | 1 | 03102008 | KKC2 | 33213 |
| 038 - | 4100 | 04072008 | MTN FOR DISCV OF  EXCULP & MITIG EVID | 1 | 04082008 | DCH3 | 16155 |
| 039 - | 4100 | 04072008 | MTN FOR DISCV OF  THE ARREST & CONVIC | 1 | 04082008 | DCH3 | 16155 |
| 040 - | 4100 | 04072008 | MTN FOR DISCOVERY | | 1 | 04082008 | DCH3 | 16155 |
| 041 - | 4105 | 04072008 | MOTION IN LIMINI | | 1 | 04082008 | DCH3 | 16155 |
| 042 - | 2011 | 04182008 | TRIAL DATE SET | | 1 | 04102008 | DCH3 | 16155 |
| 043 - | 0104 | 04182008 | AWTG TRIAL | | 1 | 04102008 | DCH3 | 16155 |
| 044 - | 4106 | 04182008 | MOTION FOR CONTIN DEFT | | 1 | 04212008 | DCH3 | 16155 |
| 045 - | 4105 | 04182008 | MOTION IN LIMINI  CONCERN SPEAKNG OBJE1 | 04212008 | DCH3 | 16155 |
| 046 - | 4100 | 04182008 | MTN FOR DISCV OF  GRAND JURORS TRANS | 1 | 04212008 | DCH3 | 16155 |
| 047 - | 4100 | 04182008 | DEFT RQST FOR ST'SNTC OF INTENT | | 1 | 04212008 | DCH3 | 16155 |
| 048 - | 4105 | 04182008 | MOTION IN LIMINI  PRIOR CONVICTIONS | 1 | 04212008 | DCH3 | 16155 |
| 049 - | 4100 | 04212008 | MTN W/DRAW AS COUNSEL | | 1 | 04212008 | KF90 | 19186 |
| 050 - | 4300 | 04212008 | OG MTN W/DRAW V0954P0124 | | 1 | 05062008 | DCH3 | 16155 |
| 051 - | 2502 | 04212008 | DEF ATTORNEY APP 18134500 | | 1 | 04212008 | KF90 | 19186 |
| 052 - | 4302 | 04212008 | ATTORNEY APPOINTEDV0954P0123 | | 1 | 05062008 | DCH3 | 16155 |
| 053 - | 4100 | 04292008 | DEFT REQ/DEMAND COPY RECORDINGS ORAL | 1 | 04292008 | KF90 | 19186 |
| 054 - | 4100 | 04292008 | STATEMNTS ATTRIBUTABLE TO DEFT | | 1 | 04292008 | KF90 | 19186 |
| 055 - | 4100 | 04292008 | MTN DISC EXCULPATORY&MITIGATING EVID | 1 | 04292008 | KF90 | 19186 |
| 056 - | 4100 | 04292008 | DEFT REQ/DEMAND WRITTEN NTC EVID PROSE1 | 04292008 | KF90 | 19186 |
| 057 - | 4100 | 04292008 | CUTION INTENDS OFFER PUNISHMENT PHASE 1 | 04292008 | KF90 | 19186 |

4301 - REQUEST CERTIFICATE OF APPROVAL
(SEE GJ - 42)
① Never indicted by any sworn grand jury, Jan 2008, 175th district court!

Failure of colorado dist charge entry Nov 24, 2007

1st ever court Arraignment/advice Nov 23, 2007 - Malicious Police Arrest without charges or indictments entered is not guilty plea through first appointed counsel.

Falsely Committed / 1-26-07 / Parole plot
Unlawfully Transferred Prisoner
Unit Receive Tx, not documented
Enclosed FBI CJIS Records.org

| 058 - | 4100 | 04292008 | OF THE TRIAL | 1 | 04292008 | KF90 | 19186 |
| 059 - | 4100 | 04292008 | DEFT REQ/DEMAND WRITTEN NTC EVID PROSE | 1 | 04292008 | KF90 | 19186 |
| 060 - | 4100 | 04292008 | CUTION INTENDS OFFER PURSUANT TO RULE | 1 | 04292008 | KF90 | 19186 |
| 061 - | 4100 | 04292008 | 404 | 1 | 04292008 | KF90 | 19186 |
| 062 - | 4105 | 06092008 | MOTION IN LIMINI  ENHANCEMENT COUNTS | 1 | 06092008 | DCCH | 33597 |
| 063 - | 4100 | 06092008 | MT TO QUASH INDICTMENT PRO SE | 1 | 06092008 | DCCH | 33597 |
| 064 | 2012 | 07112008 | TRIAL DATE RESET | 1 | 05162008 | DCSK | 32211 |
| 065 | 0104 | 07112008 | AWTG TRIAL | 1 | 05162008 | DCSK | 32211 |
| 066 | 4100 | 07112008 | ST'S NTC OF INTENT | 1 | 07102008 | DCH3 | 16155 |
| 067 | 0165 | 07112008 | TO BE DISMISSED | 1 | 08052008 | KF90 | 19186 |
| 068 | 0604 | 08062008 | DSMD-DEF CONV OTHR | 1 | 08062008 | DCH3 | 16155 |
| 069 | 4306 | 08062008 | DISMISSAL          V0966P1275 | 1 | 08222008 | DCH3 | 16155 |
| 070 | 0199 | 08062008 | CASE CLOSED | 1 | 08062008 | DCH3 | 16155 |
| 071 | 2547 | 08062008 | OUTTAKE DA          24048538 | 1 | 08062008 | DY72 | 30589 |
| 072 | 0210 | 08062008 | CASE DISMISSED | 1 | 08062008 | A1B3 | 19295 |
| 073 | 4100 | 08262008 | MT TO OBTAIN TRANSAND DES OF EXHIBITS | 1 | 08272008 | DCMF | 33224 |
| 074 | 4100 | 08262008 | DC LETTER TO COURT | 1 | 08272008 | DCMF | 33224 |
| 075 | 4103 | 09182008 | DC FILE TO ARCHIVE | 1 | 09182008 | DCH3 | 16155 |
| 076 | 1110 | 09192008 | RELEASED FROM JAIL | 0 | 09192008 | A1B1 | 31794 |
| 077 | 6402 | 09192008 | Offender record sent to VINE12707100011 | | 09192008 | NATU | 11804 |
| 078 | 0197 | 02072009 | *** JN CLOSED *** | 1 | 02072009 | KBC7 | BCIS |

***** End of List *****

Appeal Court Notice

ON June 13, 2008, (Ð) is transported from the Bexar County Jail Annex and Mysteriously — (Undocumented) — Presented before A (Retired) State Judge Pat Priest and Bexar County (Ð A) (Charles bunk. Counsel Shaughnessy made A unauthorized-84R— State Plea Agreement without my Consent, which was (Rejected) by (Ð). Counsel Shaughnessy becomes very hostile, and comments, " you will regret this date for plea offer on the return of honorable Sharon MacRae, who was enjoying A Summer Cruise Ship Vacation.

Also there are Several Undocumented Actual Court Appearance events missing from (Ð) 290TH Court Appearance (DKT) Records.

In fact, (Ð) had A Sept 09, 2008, Region 4, Parole Revocation Interview #1177492, that Should have Already. (Exp: 1-26-08). Anglo female, Parole Agent was Confuse as She fumb through my questionable #1177492 Parole Records, and repeatedly question my exact whereabouts after being release from the Bexar County Jail on Active Parole #1177492, on Nov 09, 2007. (Region 4) Parole Administration were Never Aware of my Nov.— 24, 2009, (B.C.D.C) Commitment under fraudulent (Forged) Rubber-Stamp — Magistrate Court Charges, and falsely issued A 01-16-08 Blue Warrant that was return 01-18-08. (Ð) Never had Warranted (Tex gov't § 508-2811) Parole Preliminary hearing, Since (Ð) Parole identity was fraudulently entered into the (FBI) CJIS, As being Committed, Nov 24, 2007, Saturday, Bryd unit, Huntsville, TX.; t.d.c.j #1177492 (Ðuz). Part 5, Entry 16 And 17 enclosed FBI fingerprint / photo I.d. Records.) (8th), (14th) Violations.

CPU            ** CHARGE ARREST INFORMATION (1 PAGE) **          *ACTION CODE:
SELECTION: B&C    QUALIFIER: B20076375002
: DMAPUC            ASSIGNMENT NBR8:  DK30                        XBIGUC
TRN: 910308437X  SUFX: A002          : SAPD 2007964337              BOOKING
  AKA NBR    CMD  SID  SUFX    NAME      : OTHER                    STATUS
B200763756 03 053475A  01    GUTIERREZ, JOSE ALBERTO                   A
                                                                       046
OFFENSE  TYPE  DATE  CNTS  DESCRIPTION              REPEAT/HAB TRANS  ST
340467   F3   11 23 2007 (01) THEFT $1500 TO $20,000 - VEHIC           A

REPORT DATE  11 24 2007  TIME  0655  ARR AGENCY: TXSPD0000  ARR AUTHORITY: SO:
DISTRICT:        STRT: BULVERDE RD &    INTERSECTION: MENGER DR

FACTS OF ARREST. AF WAS OF A STOLEN VEH

COMPLAINANT: A01
    WITNESS: A02

    A01: 0302 DECKARD, ROBERT       A02: 0020 WILLIAMS
    APP: 3036 5ST FLOOR             DK5: 1942 FLYNN
HELP = (PF1)         20080116 1227 PEBC 63536

VERIFIED FRAUDULENT CHARGE ARREST INFORMATION
AND BEXAR COUNTY JAIL COMMITMENT Records
See Also: TRN #910308437X SUFX:A001,
Enclosed FBI CJIS Records, PART5,
False Entries 16 AND 17: # 853779EB7.

(D) was intentionally AND Knowingly fraud Charge
Abducted, IN Absolute retaliation OF-(Jul. 2007)-Cause
No. 2006-CR-7634, AND (D) failure to Abide to Enforce
Bexar County (DA) 45yr. Plea Agreement while on Active
parole #1177492 ON false Accusations Charges.

05/27/10

**Scanned  Mar 19, 2010**  EXHIBIT (A)

22 OF 47 / JMA

```
DATE: 12-03-07              SAN ANTONIO POLICE DEPARTMENT         PAGE ONE
TIME: 1326                    OFFENSE/INCIDENT REPORT           CASE  70904236/01

OFFENSE DESCRIPTION       LOCATION OF OFFENSE         DATES OF OCCURRENCE
THEFT $1,500 < $20K       BULVERDE RD    MENGER DR    FROM: 11-23-07 1619
                                                      TO:
REPORTING OFFICER         TYPE PREMISE
0582 DECKARD, ROBERT      STREET/ROAD                 WEATHER: COOL / DRY

COMPLAINANT                                 TITLE   RAC SEX ID? DATE-OF-BIRTH
ROSENBERG, AUTHER                                    L   M


ARRESTED PERSON(S)                          RAC SEX  AGE  DATE-OF-BIRTH
GUTIERREZ, JOSE ALBERTO                      H   M    /     03-19-69
ADDR: 01706  KENDALIA        SAN ANTONIO    TX

                          VEHICLE(S) INVOLVED
                    VEH: YEAR  MAKE MODEL STYLE
                         99/   CHRY  30M   4D

VEHICLE COLOR 1 (SOLID/TOP): MAROON       COLOR 2:
VEHICLE FEATURES: WNDO BROKEN, LOUD MUFFLER, DAMAGE FRNT, DAMAGE REAR
                  DAMAGE SIDE, SPECIAL TIRE

                  DETAILED DESCRIPTION OF OFFENSE
NOTIFIED OF PROVISIONS OF TEXAS CRIME VICTIM ACT:
DISPATCHED TO STATED LOCATION FOR A MAJOR ACCIDENT.  UPON ARRIVAL, I
   OBSERVED (SPI) PACKING A BLACK DUFFLE BAG AND NEARLY FALL OVER RIGHT FRONT
OF LEFT FOOT AS HE WAS BENDING FORWARD.  AS I WAS WALKING OVER TO (SPI)'S
DIRECTION, (WI) STOPPED ME AND TOLD ME THAT (SPI) WAS DRIVING THE VEHICLE
AND HE APPEARS TO BE VERY VERY DRUNK.  AS (SPI) TURNED TO LOOK AT ME, IT
APPEARED AS IF HE WAS GOING TO TRY AND RUN SINCE HE WAS LOOKING AROUND IN
ALL DIRECTIONS AND WAS BACKING UP.  (SPI) ALSO APPEARED TO BE VERY NERVOUS.
I IMMEDIATELY DETAINED (SPI) UNTIL FURTHER INVESTIGATIONS COULD BE
COMPLETED.  I ASKED (SPI) WHAT HAPPENED THIS AFTERNOON AND HE STATED "WELL
I CRASHED THE CAR".  I CONDUCTED AN INQURY INTO THE HIS HISTORY OF (SPVI)
VIA THE LAPTOP.  THIS REVEALED TO ME THAT (SPVI) HAD BEEN REPORTED STOLEN
BY THE OWNER.  (SPI) AT THAT POINT WAS PLACED UNDER ARREST SINCE HE WAS IN
POSSESSION OF (SPVI).  I ASKED (API) IF HE HAD BEEN DRINKING TODAY AND (API)
STATED "YEAH  I'VE HAD A COUPLE".  (API) AGREED TO LET ME CHECK HIS EYES.
THEREFORE I PERFORMED THE HGN TEST AND OBSERVED 6 OF 6 CLUES.  DUE TO
(API)'S IMMEDIATE DETENTION NO FURTHER TESTS WERE CONDUCTED.  I COUDUCTED
A SEARCH OF (API)'S PERSON AND FOUND IN HIS FRONT LEFT POCKET A STRAW LIKE
PLASTIC NOZZLE.  SINCE THIS SEEMED ODD, I PLACED (API) IN MY PATROL VEHICLE
AND CONDUCTED A SEARCH OF (SPVI).
   I FOUND (1) FIVE LITER MINI KEG OF HEINIEKEN WHICH HAD BEEN TAPPED BY THE
PLASTIC STRAW NOZZLE.  I FOUND ON (API)'S PERSON AND WAS COLD TO THE TOUCH
AND HALF EMPTIED, (1) KALIMA 12 OZ BOTTLE UNOPENED, (1) CORONA 12 OZ BOTTLE
UNOPENED, (1) EMPTY BUDLIGHT CAN, AND (1) UNOPENED BUDLIGHT CAN.
   I CONDUCTED AN INQUIRY INTO BACKGROUND OF (API) VIA THE LAPTOP WHICH
REVEALED TO ME THAT (API) HAS BEEN CONVICTED OF DWI THREE TIMES AND HAD AN
EXPIRED DRIVERS LICENSE SINCE 1993.  (API) WAS READ THE DIC-24 AND SAPD FORM
66-E.  (API) WAS TRANSPORTED TO 401 S. FRIO.  ONCE AT 401 S. FRIO, (API)
WALKED INTO THE ASAP ROOM AND STATED "I'VE BEEN HERE BEFORE AND I REFUSE
EVERYTHING".  (API) WAS THEN PLACED IN A HOLDING CELL TO BE MAGISTRATED.
(SPVI) WAS TOWED TO GROWDEN POUPAGE 01         WING AND PROCESSED BY AN
```

735 904234/01

HB

Lithographic Technology Corporation, 1980.

**Scanned Mar 19, 2010**   *EXHIBIT (A)*   23 of 47/JAG

Filed #

DATE: 12-03-07     SAN ANTONIO POLICE DEPARTMENT     CASE: 70904236/01
TIME: 1326          OFFENSE/INCIDENT REPORT

EVIDENCE TECH. (API) WAS ISSUED TRAFFIC CITATIONS FOR NO OPERATOR'S LICENSE AND OPEN CONTAINER.

*Never received or Sign !*

① Black duffle bag containing my personal items (i.e. wallet 1,500, clothing, pre-paid cell-phone, Tex I.D., SSI card), cologne, eyeglasses were never inventory or located after my warrantless arrest;

② Never advice by any S.A.P.D. Officer of DWI accusation Charges or provided any Romberg Field Sobriety tests;

③ Never provided medical attention at the city magistrate, after re-injuring (1991) back surgery;

④ Requested effective of Assistance of Counsel to be provided;

⑤ Never signed or received any traffic citations or Appearance Court documents;

⑥ Never made any initial magistrate Court Commissioner Judge Appearance for Criminal Charge or Bond Hearing Notice;

⑦ Fraudulent NMAA 954121 and NMAA 954122 were entered into the Bexar County Criminal Justice Court System, NOV 24, 07 without any sworn affiant Probable Cause or Criminal Complaint Charges;

PAGE 02

⑧ Abducted under fraudulent NMAA Charges And Placed in the Bexar County Jail, NOV 24, 2007 ⊙ ⊙ ⊙

70 904234/01

⑨ 69 Mes. of False Imprisonment !

NO. *Not Set*

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF PUBLIC SAFETY | § § § § | IN AND BEFORE |
| VS. | § § | THE STATE OFFICE OF ADMINISTRATIVE HEARINGS, |
| *Jose A. Gutierrez* | § § | SAN ANTONIO, TEXAS |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION AND REQUEST FOR PRODUCTION FROM DEFENDANT

TO: *Jose A. Gutierrez # T.D.L.# 11326899*

FROM: AMAVELI LERMA, Attorney for Plaintiff

COMES NOW, Plaintiff, the Texas Department of Public Safety, and files this, Plaintiff's Response to Defendant's Request for Production of Documents.

### ENCLOSED ARE THE FOLLOWING DOCUMENTS:

☐ Peace Officer's Sworn Report *No Sworn*

☐ DWI Statutory Warning *Dic 23, 24, 25*

☐ Notice of Suspension *Filed !*

☐ Breath Test Results

☐ Technical Supervisor Affidavit

☐ Blood Test Results

☐ Certified Driving Record

☐ Case/Offense Report

☐ Affidavit of Translation

☐ This is a Supplemental Answer

☒ Maintenance records and/or repair records are not in the Department's possession. The Department does not intend to supplement these documents.

☒ At this time, no documents relating to the above defendant's arrest are in the Department's A.L.R. file. The Department will supplement this answer when those documents become available. *No Sworn Dic 23, 24, 25 or Supplement Answered* *# T.D.L.# 11326899*

### Department's Request for Discovery

At this time the Department requests copies of relevant documents and/or items in Defendant's possession, including but not limited to: Evidence that original hearing request was properly and timely filed, written statements, signed subpoena returns, and video or audio tapes. Additionally, the Department requests that Defendant be present at the hearing and be prepared to testify.

*Never supplemented, since no sworn Dic 23, 24, 25, existed at the time of Arrest, Nov 23, 2007 !*

AMAVELI LERMA
Texas Department of Public Safety
6502 S. New Braunfels
San Antonio, Texas 78223
(210) 531-4300 FAX: (210) 531-4306

*last known address on record*

### CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on _____ the documents above have been sent via fax to _____. The number of pages in total is _____.



U.S. Department of Justice

Federal Bureau of Investigation

Clarksburg, WV 26306

March 20, 2012

Mr. Jose A. Gutierrez, C-201-B
#1523604 Stevenson
1525 FM 766
Cueno, TX  77954

Dear Mr. Gutierrez:

Reference is made to your request for a copy of your criminal history record.

*Pursuant to U.S. Department of Justice Order 556-73, your fingerprints were searched through the FBI's Criminal Justice Information Services (CJIS) Division Criminal File*. The results are enclosed. *See Part 5, entry 16 and 17.*

The FBI's CJIS Division serves as the nation's central repository for identification and criminal history record information functions and maintains resultant records based on fingerprint submissions and related documents from authorized criminal justice agencies at or near the time of arrest and/or confinement. As the custodian of arrest information, the FBI's CJIS Division does not have the authority to effect any modification unless specifically notified to do so by the owner of the information.

A review of your FBI identification record reveals that all arrest data was submitted by agencies from the state of Texas. Therefore, it would be necessary for you to contact the Texas Department of Public Safety, Post Office Box 4143, Austin, Texas 78765-4143, telephone (512) 424-2524, for possible assistance.

Your enclosure is returned, as requested. However, the fingerprint card will be destroyed.

*Verified Nov 24, 2007, City magistrate*

*#Naiog Charge entries into the Bexar County Criminal Court Justice System and fraudulently assign – Cause #2008-CR-1186; 2008-CR-1187 without charges.*

Sincerely yours,

Joseph W. Sensibaugh /mcl

Joseph W. Sensibaugh
Acting Section Chief
Biometric Services Section
Criminal Justice Information
Services Division

Enclosures (2)

*Verified City Magistrate And State court (290TH) fraudulent State Charge entries 000*
*Applicant Never certified Charged with Any Texas Penal code offenses, After Nov 23, 2009, False warrantless arrest 00 0*

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

)C0000000Z
PART 5

ICN ISIS0002000020445317

- FBI IDENTIFICATION RECORD - FBI NO-853779EB7

16-ARRESTED OR RECEIVED 2007/11/23  SID- TX05375445
   AGENCY-POLICE DEPARTMENT-SAN ANTONIO (TXSPD0000)
      AGENCY CASE-91030843(X) *Falsified deceptive (S.A.P.D) case Report!*
      CHARGE 1-DRIVING WHILE INTOXICATED 3RD OR MORE *"NO EVIDENCE OR CHARGES"*
      CHARGE 2-THEFT >=$1,500 <$20K

   COURT-290TH DISTRICT COURT SAN ANTONIO (TX015185J)
      CHARGE-DRIVING WHILE INTOXICATED 3RD OR MORE PC 49.09(B)
      FELONY-3RD DEGREE
      SENTENCE-
      2008-08-06 CONVICTED, PLEAD GUILTY, TME-20Y FNE-2000 CST-0456
      RESTITUTION 2008-08-26 CONVICTED - APPEAL PENDING APPEAL
      2009-02-20 CONVICTED - APPEAL PENDING, FINAL PLEADING GUILTY,
      APPEAL DISMISSED, TRANSFERRED TO ANOTHER AGENCY, AFFIRMED
      CHARGE-THEFT $1500 TO $20,000-VEHICLE FELONY-STATE JAIL FELONY PC
      31.03(E)(4)(A)
      SENTENCE-
      PROSECUTOR HAS REJECTED THE CHARGE WITHOUT PRE-TRIAL DIVERSION
      8-6-08 DSMD-DEF CONV OTHR FELONY-STATE JAIL FELONY, NO COURT DATA
      AVAILABLE

17-ARRESTED OR RECEIVED 2007/11/24  SID- TX05375445  *Questionable, (computer terminal # ?*
   AGENCY-DOCJ-BYRD UNIT HUNTSVILLE (TX236065C)
      AGENCY CASE-01177492  *Falsely committed (Strawman) under*
      CHARGE 1-DWI

PHOTO INFORMATION
17-ONE PHOTOS AVAILABLE

RECORD UPDATED 2012/03/12

*Petitioner Old active (T.D.CJ) Number #1177492 to Avoid (Region 4) Parole Authorities detection of Bexar County Jail (Nov 24, 2007) False imprisonment Commitment And Abduction under Fraudulent bogus share NM 954121 City magistrate DWI Charges Coincidence? Very Unlikely! Abducted in Retaliation for the dismissal of cause No. (2006-CR-7634) July 2007 And failure to Abide! And Accept (45) year State of texas Plea bargin! Verified city of San Antonio magistrate And Bexar County court official Abhorrent misconduct In violation (4th, 5th, 6th, 8th, 14th) U.S.C.A.*

*FALSE IMPRISONMENT AS OF NOV 23, 2007.*

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                                    ICN ISIS0002000020445317
PART 4

- FBI IDENTIFICATION RECORD - FBI NO-853779EB7

12-ARRESTED OR RECEIVED 2003/07/24   SID- TX05375445
    AGENCY-DOCJ-GARZA WEST UNIT BEEVILLE (TX013015C) *T.D.C.J. Terminal Computer #*
    AGENCY CASE-1177492
      CHARGE 1-DWI (1)

    COURT-
      CHARGE-DWI (1)  *erroneous felony 3rd degree charge!*
      SENTENCE-
      5 YRS

13-ARRESTED OR RECEIVED 2005/08/25   SID- TX05375445
    AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-9102068869
      CHARGE 1-FAIL TO IDENTIFY FUGITIVE INTENT GIVE FALSE INFO

    COURT-CO CRIM DIST COURT SAN ANTONIO (TX015123J)
      CHARGE-FAIL TO ID FUGITIVE INTENT GIVE FALSE INFO PC 38.02(D)(1)
      MISDEMEANOR-CLASS A
      SENTENCE-
      2005-09-06 CONVICTED, NO CONTEST OR NOLO CONTENDERE, TME-25D
      FNE-0500 CST-0271

14-ARRESTED OR RECEIVED 2006/05/17   SID- TX05375445
    AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-9102379902 NAME USED-GUTIERREZ,JOSEPH
      CHARGE 1-RETALIATION

    COURT-
      CHARGE-OBSTRUCTION OR RETALIATION PC 36.06(C) FELONY-3RD DEGREE
      SENTENCE-
      DSMD-INSF EVIDENCE, NO COURT DATA AVAILABLE

15-ARRESTED OR RECEIVED 2006/06/26   SID- TX05375445
    AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-9102431270
      CHARGE 1-AGG ASSLT W/DEADLY WEAPON

    COURT-227TH DISTRICT CRT SAN ANTONIO (TX015145J)
      CHARGE-AGG ASSLT W/DEADLY WEAPON PC 22.02(A)(2) FELONY-3RD DEGREE
      SENTENCE-
      2007-07-03 DISMISSED, CAUSE #2006CR7634 *(Bexar County (DA) office Retaliates and files fraudulent bexar County Rubber stamp indictment, cause no. 2008-CR-1186 (DWI)(Habitual). No criminal complaints or preliminary magistrate court hearing occured, Abducted (Nov 24, 2007) city of*

END OF PART 4 - PART 5 TO FOLLOW

⑥

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000000Z                                    ICN ISIS0002000020445317
PART 3

- FBI IDENTIFICATION RECORD - FBI NO-853779EB7

9-ARRESTED OR RECEIVED 2002/01/14  SID- TX05375445
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-9024173531
      CHARGE 1-CRIMINAL TRESPASS - HABITATION/SHELTER CENTER

   COURT-CO COURT AT LAW 2 SAN ANTONIO (TX015033J)
      CHARGE-CRIMINAL TRESPASS - HABITATION/SHELTER CENTER PC 30.05(A)
      MISDEMEANOR-CLASS A
      SENTENCE-
      2002-02-14 CONVICTED, FINAL PLEADING GUILTY, TME-60D FNE-0500
      CST-0271, CAUSE #806703

10-ARRESTED OR RECEIVED 2002/12/26  SID- TX05375445
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-9024508657
      CHARGE 1-THEFT >=$50<$500

   COURT-BEXAR CO CRT 11 SAN ANTONIO (TX015203J)
      CHARGE-THEFT PROP>=$50 < $500 PC 31.03(E)(2)(AI) MISDEMEANOR-CLASS
      B
      SENTENCE-
      2003-06-13 CONVICTED, NO CONTEST OR NOLO CONTENDERE, TME-6M
      FNE-0500 CST-0331, CAUSE #838375

11-ARRESTED OR RECEIVED 2003/01/26  SID- TX05375445     *2ND (DWI) Change !*
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)     *Misdemeanor Offence*
      AGENCY CASE-9024537401
      CHARGE 1-DRIVING WHILE INTOXICATED 3RD OR MORE

   COURT-399TH DIST CRT SAN ANTONIO (TX015225J)
      CHARGE-DRIVING WHILE INTOXICATED 3RD OR MORE PC 49.09(B)
      FELONY-3RD DEGREE
      SENTENCE-
      2003-06-05 CONVICTED, NO CONTEST OR NOLO CONTENDERE, TME-5Y
      FNE-1000 CST-0293, CAUSE #2003CR4127W    *W- Questionable fallacious entry, No writs filed !*

END OF PART 3 - PART 4 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000000Z                          ICN ISIS0002000020445317
PART 2

- FBI IDENTIFICATION RECORD - FBI NO-853779EB7

1-ARRESTED OR RECEIVED 1997/09/06  SID- TX05375445
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-303084
      CHARGE 1-ASSLT BODILY INJ MARR

   COURT-
      CHARGE-ASLT BODILY INJ-MARR
      SENTENCE-
      D/M W/PLEA IN 672820

5-ARRESTED OR RECEIVED 1998/09/18  SID- TX05375445    *T.O.CT Computer Terminal #*
   AGENCY-STATE JAIL-DOMINGUEZ SAN ANTONIO (TX015015C)
      AGENCY CASE-839923
      CHARGE 1-UUMV-1

   COURT-
      CHARGE-UUMV-1
      SENTENCE-
      5 YRS PROB/1 YR SJ

5-ARRESTED OR RECEIVED 1999/03/20  SID- TX05375445
   AGENCY-DEPT PUBLIC SAFETY AUSTIN (TX0000000)
      AGENCY CASE-9023258894
      CHARGE 1-TERRORISTIC THREAT

*Questionable Bexar County (DA)*
*falsified (DWI) Charges*
*No. 2000-CR-3253 (DWI)?*
*No Arrest Info or Evidence.*

7-ARRESTED OR RECEIVED 2000/03/25  SID- TX05375445
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-9023584724
      CHARGE 1-UNAUTH USE OF VEHICLE

   COURT-187TH DISTRICT COURT SAN ANTONIO (TX015125J)
      CHARGE-UNAUTH USE OF VEHICLE PC 31.07 FELONY-STATE JAIL FELONY
      SENTENCE-
      2000-03-25 DISMISSED  CAUSE #2000CR3233

8-ARRESTED OR RECEIVED 2000/11/10  SID- TX05375445   *T.O.CT Computer Terminal #*
   AGENCY-DOCJ-GARZA WEST UNIT BEEVILLE (TX013015C)
      AGENCY CASE-1009373
      CHARGE 1-DWI (1)    *"NO EVIDENCE OR Charges 2000/03/25 !*

   COURT-
      CHARGE-DWI (1)
      SENTENCE-
      2 YRS         *"False Imprisonment"!*

END OF PART 2 - PART 3 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                                    ICN ISIS0002000020445317

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
- FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                                  FBI NO.          DATE REQUESTED
GUTIERREZ,JOSE ALBERTO                853779EB7        2012/03/12

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR
M     W      1969/03/19   511      200      BRO    BLK

BIRTH PLACE
TEXAS

FINGERPRINT CLASS       PATTERN CLASS                    CITIZENSHIP
PO DI 16 PO 11          UC UC UC UC UC UC UP UP UP UC    UNITED STATES
16 DO PI 19 19          UC UC UC UC UC UC UP UP UP UC
                        UC UC UC UC UC UC UP UP UP UC

1-ARRESTED OR RECEIVED 1996/12/07  SID- TX05375445
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)          1st (DWI) Change
      AGENCY CASE-303084 NAME USED-GUTIERREZ,JOSIE
      CHARGE 1-DWI-OPEN CAN

-ARRESTED OR RECEIVED 1997/02/04  SID- TX05375445
   AGENCY-SHERIFF'S OFFICE SAN ANTONIO (TX0150000)
      AGENCY CASE-BCSO250859
      CHARGE 1-UNAUTHORIZED USE VEHICLE

   COURT-
      CHARGE-UNAUTHORIZED USE VEHICLE
      SENTENCE-
      6-6-97 JUDGEMENT DEF

-ARRESTED OR RECEIVED 1997/08/31  SID- TX05375445
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-303084
      CHARGE 1-ASLT BOD INJ-MARR

END OF PART 1 - PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

)C000000Z                                    ICN ISIS0002000020445317

THE FOLLOWING FBI IDENTIFICATION RECORD FOR 853779EB7 IS FURNISHED FOR
OFFICIAL USE ONLY.

DESCRIPTORS ON FILE ARE AS FOLLOWS:

NAME GUTIERREZ,JOSE ALBERTO

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| M | W | 1969/03/19 | 511 | 200 | BROWN | BLACK |

BIRTH CITY        BIRTH PLACE
UNREPORTED        TEXAS

CITIZENSHIP
UNITED STATES

PATTERN CLASS
UC UC UC UC UC UC UP UP UP UC
UC UC UC UC UC UC UP UP UP UC
UC UC UC UC UC UC UP UP UP UC

| OTHER BIRTH DATES | SCARS-MARKS-TATTOOS | SOCIAL SECURITY | MISC NUMBERS |
|---|---|---|---|
| 1971/03/09 | SC BACK | 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 | NONE |
| 1969/03/09 | SC ABDOM | | |
| | SC HEAD | | |

ALIAS NAME(S)
GUTIERREZ,JOSE                    GUTIERREZ,JOSE A
GUTIERREZ,JOSE ALBETO            GUTIERREZ,JOSEPH
GUTIERREZ,JOSIE ?

END OF COVER SHEET

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC000000Z

ICN ISIS0002000020445317

UNSWORN DECLARATION
(28 U.S.C. & 1744)

" I Jose Alberto Gutierrez, A Unlawful Abducted Texas Offender, T.D.C.J #
1523604, that is not Register hereof (CJIS) (FBI) Fingerprint information, As
Questionable (09-19-08) T.D.C.J Commitment date, Garza West, Beeville, TX.
I am currently being held unlawfully on Bexar County (DA) falsified
(DWI) Criminal Changes And Fraudulent, Cause No. 2008-CR-1186 indictment.
This Statement of Facts And Verification Are true And Correct Under Penalty
of Perjury.

Executed on the 24TH day of February 2015

X _____
Unlawful Texas Prisoner
# 1523604 000

At your Convenience, Please destroy (Xerox) FBI ((CJIS) Records immediately
After Court of Appeals (28 & 2244 (b)(c)) investigation of Bexar County and
City of San Antonio Magistrate Court official misconduct & Abduction in
violation of (18 & 241 & 242) Coded. I.d e Part 5, entry 16 And 17.

DC000000Z
DO 556-73 REQ
FBI-CJIS-WV
MIH UNIT-SAT II
1000 CUSTER HOLLOW RD
CLARKSBURG, WV 26306



CAUSE NO. 2008-CR-1186-W2

| | | |
|---|---|---|
| EX PARTE: | * | IN THE DISTRICT COURT |
| JOSE GUTIERREZ | * | 290TH JUDICIAL DISTRICT |
| APPLICANT | * | BEXAR COUNTY, TEXAS |

---

## STATE'S RESPONSE TO APPLICANT'S PETITION FOR WRIT OF HABEAS CORPUS

---

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the State of Texas by and through its Criminal District Attorney, Susan D. Reed, and files this response to the Applicant's Petition for Writ of Habeas Corpus.

### I.

The Applicant Jose Gutierrez has filed this petition for a post-conviction writ of habeas corpus pursuant to Article 11.07, § 3(a), Texas Code of Criminal Procedure Annotated (Vernon Supp. 2007). The State files this mandatory answer pursuant to Article 11.07 § 3(b), supra.

### II.

The Applicant was convicted as a repeater of committing the offense of D.W.I. 3D./M. in Cause No. 2008-CR-1156-W2 and punishment was assessed at confinement for 20 years. His petition for a writ of habeas corpus was filed on June 19, 2009. The State was served by the District Clerk of Bexar County on June 24, 2009.

### III.

The State generally and specifically denies each and every allegation of fact made by the Applicant and demands strict proof of same.

# CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the State would urge that the trial court ender an ORDER recommending the relief be denied.

Respectfully submitted,

SUSAN D. REED
Criminal District Attorney
Bexar County, Texas

KEVIN P. YEARY
Assistant Criminal District Attorney
Bexar County, Texas
Cadena-Reeves Justice Center
300 Dolorosa
San Antonio, Texas 78205-3030
SBN: 22149500
(210) 335-2734
(210) 335-2436-FAX

Attorneys for the State

# CERTIFICATE OF SERVICE

I, Kevin P. Yeary, Assistant Criminal District Attorney, Bexar County, Texas, certify that a true and correct copy of the foregoing response was mailed to Jose Gutierrez, Stevenson Unit, 1525 FM 766, Cuero, Texas 77954, on this the 24th day of June 2009.



_____
KEVIN P. YEARY

**CLERK'S ORIGINAL**

**Name:** JOSE ALBERTO GUTIERREZ

**Address:** 1706 KENDALIA, SAN ANTONIO, TX 78224

**Offense Code/Charge:** 540412 - DRIVING WHILE INTOXICATED 3D/MORE

**GJ:** 480008          **PH Court:** 290          **Court #:** 290*th*

**JN #:** 1270709-1     **SID #:** 534734          **Cause #:**

**Witness: State's Attorney**

2008 - CR - 1186



FILED

_____ O'CLOCK _____ M

FEB 1 3 2008

MARGARET G. MONTEMAYOR
DISTRICT CLERK
BEXAR COUNTY, TEXAS

BY _____ DEPUTY

TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS, the Grand Jury of Bexar County, State of Texas, duly organized, empanelled and sworn as such at the January term, A.D., 2008, of the 175TH Judicial District Court of said County, in said Court, at said term, do present in and to said Court that in the County and State aforesaid, and anterior to the presentment of this indictment, and:

on or about the 23rd Day of November, 2007, JOSE ALBERTO GUTIERREZ, hereinafter referred to as defendant, did operate a motor vehicle in a public place while the said defendant was intoxicated, namely: the defendant did not have the normal use of HIS mental and physical faculties by reason of the introduction of alcohol into HIS body; *"No Evidence" on City Magistrate Court Changed oo o*

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 11th day of JUNE, 1997, in cause number 651404 in the County Court No. 1 of Bexar County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated.

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 15th day of MARCH, 1995, in cause number 513195 in the County Court of Karnes County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated.

### ENHANCEMENT ALLEGATION

And it is further presented in and to said Court, that before the commission of the offense alleged above, hereafter styled the primary offense, on the 25th of SEPTEMBER A.D., 2000, in Cause No. 2000CR3253, in Bexar County, Texas, the defendant was convicted of the felony of DRIVING WHILE INTOXICATED 3RD OR MORE _____ *Fraud Change entry, See enclose FBI Records, Part 3, entry #8*

Before the commission of the primary offense, and after the conviction in Cause No. 2000CR3253 was final, the defendant committed the felony of DRIVING WHILE INTOXICATED 3RD OR MORE and was convicted on the 5th day of JUNE, A.D., 2003 in Cause No. 2003CR4123W, in Bexar County, Texas;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
Foreman of the Grand Jury

**INDICTMENT – CLERK'S ORIGINAL**

*" Not A Exact Copy of (D) Copy*

DEFENDANT'S COPY

*⊗ False Testimony /Contradicting //Inception of Prosecution*

# EXHIBIT

## Ⓒ

*1 of 1*

**Name:** JOSE ALBERTO GUTIERREZ

**Address:** 1706 KENDALIA, SAN ANTONIO, TX 78224

**Offense Code/Charge:** 540412 - DRIVING WHILE INTOXICATED-3D/MORE

**GJ:** 480008 *"Alen T. #"*  **PH Court:** 290  **Court #:** 290th

**JN #:** 1270709-1  **SID #:** 534734  **Cause #:**

**Witness:** State's Attorney

**2008-CR-1186**

FILED
O'CLOCK M
FEB 13 2008
MARGARET G. MONTEMAYOR
DISTRICT CLERK
BEXAR COUNTY, TEXAS
BY ___ DEPUTY

*(see backside) 000*

### TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS, the Grand Jury of Bexar County, State of Texas, duly organized, empanelled and sworn as such at the January term, A.D., 2008, of the **175TH** Judicial District Court of said County, in said Court, at said term, do present in and to said Court that in the County and State aforesaid, and anterior to the presentment of this indictment, and:

on or about the 23rd Day of November, 2007, JOSE ALBERTO GUTIERREZ, hereinafter referred to as defendant, did operate a motor vehicle in a public place while the said defendant was intoxicated, namely: the defendant did not have the normal use of HIS mental and physical faculties by reason of the introduction of alcohol into HIS body; *× Vehicle on Private Property ⓒ NO VIDEO "NO EVIDENCE "*

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 11th day of JUNE 1997, in cause number 651404 in the County Court No. 1 of Bexar County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated. *Over 10 yrs Statute oo*

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 15th day of MARCH 1995, in cause number 513195 in the County Court of Karnes County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated. *ooo Lesser offense; Automobile ~ 331 Never Final oo (See Automobiles ~ 332 ooo*

*ⓒ Ex-Parte Rich, 194 SW 3d 508, 511  240 SW 3d 582, 587 — False Judgement*

### ENHANCEMENT ALLEGATION

And it is further presented in and to said Court, that before the commission of the offense alleged above, hereafter styled the primary offense, on the 25th of SEPTEMBER A.D., 2000, in Cause No. 2000CR3253, in Bexar County, Texas, the defendant was convicted of the felony of DRIVING WHILE INTOXICATED 3RD OR MORE (HBST) ⓒ (No Jurisdiction Pena) (VOID) FALSE CHANGE! see FBI Records *?ⓒ*

Before the commission of the primary offense, and after the conviction in Cause No. 2000CR3253 was final, the defendant committed the felony of DRIVING WHILE INTOXICATED 3RD OR MORE and was convicted on the 5th day of JUNE, A.D., 2003 in Cause No. 2003CR4123W, in Bexar County, Texas;

*Falsified Enhancements see backside*

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**JERRY E LARRUMBIDE**
Foreman of the Grand Jury

*ⓒ //. WI; The offense of (operating) A motor vehicle in A Physically/mentally impaired) conditions After Consuming enough (Alcohol) to Raise one's √ Blood) 'Alcohol) Content Above the Statutory Limit (.08%) ???*

**HABITUAL**





No. 2008CR1186    COUNT
Incident No./TRN: 910308437X

| THE STATE OF TEXAS | § | IN THE 290TH DISTRICT |
| | § | |
| VS. | § | COURT |
| | § | |
| JOSE ALBERTO GUTIERREZ | § | BEXAR COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX5375445 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. SHARON MACRAE | Date Judgment Entered: | 08-06-2008 |
| Appearances: Attorney for State: | DARYL HARRIS CHRISTIAN HENDRICKSEN | Attorney for Defendant: | EDWARD F SHAUGHNESSY |

Offense for which Defendant Convicted:
DRIVING WHILE INTOXICATED-3D/M (REPEATER)              *( Person of Interest )*
                                                      *Nov 24, 2007, city magistrate*

| Charging Instrument: INDICTMENT → *(Questionable Fraud)* | Statute for Offense: 49.09(B)PC VCS *holding Cell oo* |
| Date of Offense: 11-23-2007 | |

| Degree of Offense: 3RD | Plea to Offense: GUILTY | Findings on Deadly Weapon: |

Terms of Plea Bargain:
CAP OF TWENTY (20) YEARS TDCJ-ID & $2000.00 FINE

| Plea to 1st Enhancement Paragraph: | TRUE TO REPEATER | Plea to 2nd Enhancement/Habitual Paragraph: | |
| Findings on 1st Enhancement Paragraph: | TRUE TO REPEATER | Findings on 2nd Enhancement/Habitual Paragraph: | |

| Date Sentence Imposed: 08-06-2008 | Date Sentence to Commence: 08-06-2008 |

| Punishment and Place of Confinement: | 20 YRS TDCJ-ID AND A FINE OF $ 2,000.00 IMPRISONMENT (INSTITUTIONAL DIVISION): |

THIS SENTENCE SHALL RUN CONCURRENTLY UNLESS OTHERWISE SPECIFIED.

☐  SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A

| Fine: $ 2,000.00    CRT | Court Costs: $ 456.00PLUS ATTY FEES | Restitution: $ 100.00 | Restitution Payable to: ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) ARTHUR ROSENBERG |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

| Time Credited: | From: 11/24/2007 To: 08/06/2008 | From: | To: | From: | To: | From: | To: |
| | From: To: | From: | To: | From: | To: | From: | To: |
| | From: To: | From: | To: | From: | To: | From: | To: |

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.
NOTES: N/A

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Bexar County, Texas. The State appeared by her District Attorney.



## Counsel / Waiver of Counsel (select one)

[x] Defendant appeared in person with Counsel.

[ ] Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

[x] Confinement in State Jail or Institutional Division. The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, Institutional Division, TDCJ. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Bexar County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

[ ] County Jail—Confinement / Confinement in Lieu of Payment. The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Bexar County, Texas on the date the sentence is to commence. Defendant shall be confined in the Bexar County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Bexar County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

### Execution / Suspension of Sentence (select one)

[x] The Court ORDERS Defendant's sentence EXECUTED.

[ ] The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

N/A

Signed and entered on this _____ day of _AUG - 6 2008_____ 20__

Notice of Appeal: DENIED _____

JUDGE PRESIDING
**SHARON MACRAE**
**290TH DISTRICT COURT**
**BEXAR COUNTY, TEXAS**

Clerk: 16155

DC2008CR1186

ORIGINAL

2008CR1186-CNVCRT.doc          Right Thumbprint          Page 2 of 2



No. 2008-CR-1186

| The State of Texas | § | In the 290 District Court |
| vs. | § | of |
| Jose Alberto Gutierrez | § | Bexar County, Texas |

**TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL***

I, judge of the trial court, certify this criminal case:

☐    is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, but the defendant has filed a notice of appeal that specifies the appeal is for a jurisdictional defect; (Tex.Rules App. Pro. 25.2(a)(2)(A));

☐    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (Tex.Rules App. Pro. 25.2 (a)(2)(B)); (or)

☐    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (Tex. Rules App. Pro. 25.2(a)(2)(C)) (or)

☐    is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐    is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction (Tex. Code of Crim. Pro. 42.12§23); (or)

☐    is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal (Tex. Code of Crim. Pro. 42.12 §5(b));

☐    is a decision on the defendant's motion for forensic DNA testing, and the defendant has the right of appeal (Tex. Code of Crim. Pro. 64.05);

☐    is one in which the defendant has waived the right of appeal.

_____     8/6/08
**JUDGE**                                    **Date Signed**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2.

_____
**DEFENDANT**

Mailing address: _____
Telephone number: _____

Fax number if any: _____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
**ATTORNEY FOR DEFENDANT**

Bar number: 18134500
Mailing address: _____

Telephone: _____
Fax: _____

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

No. 2008CR1186

## DWI – 3RD OR MORE/REPEATER

### PLEA BARGAIN

I, the undersigned Defendant, together with my counsel and counsel for the State, agree that in exchange for the Defendant's agreement to plead guilty or nolo contendere, to allow the State to prove its case by means of written stipulations. The State may make recommendations regarding punishment; however, it is understood by all that even in the event the parties agree to recommend specific conditions and terms of community supervision or deferred adjudication or the length of supervision that such recommendations are not part of the formal plea agreement and are not binding on the Court. All parties understand and agree that the terms, conditions and length of supervision of community supervision or deferred adjudication are to be determined and assessed solely within the Court's discretion. It is further understood and agreed by the parties that in the event the Court assessed terms, conditions and or a length of supervision of community supervision or deferred adjudication different from those agreed to by the parties, that such difference shall not constitute grounds for setting aside the Defendant's plea in this cause. **If the court grants deferred adjudication, the State does not recommend any term of years as part of the plea agreement. All parties agree that if deferred adjudication is subsequently revoked, Defendant may be sentenced to any term of years within the range of punishment provided by law for this offense.**

It is mutually agreed and recommended by the parties:

_____Prosecution to proceed only on Count(s) _____Prosecution for lesser included offense of _____

__X__Defendant agrees that he has been previously convicted of one or more felonies for enhancement under 12.42 P.C.

_____Class A Misdemeanor punishment with State jail Felony Conviction under 12.44 P.C.

__X__Punishment to be assessed at ___20 (TWENTY)_____ years  TDC - CAP

__X__Fine $_2000.00_____

_____Affirmative Finding of Deadly Weapon or 3G offense, Defendant not eligible for supervision under CCP42.12,Sec.3

__X__There is no application for community supervision/deferred adjudication.

_____State will make no recommendation of Defendant's deferred adjudication/community supervision application.  State reserves right to speak as to factual issues relevant to Defendant's punishment.

_____State opposes community supervision/deferred adjudication.

_____State recommends community supervision.

_____State recommends deferred adjudication.

_____ Concurrent with: _____

__X__Causes taken into consideration: __2008CR1187 - THEFT $1500.00 - $20,000_____

__X__Restitution to be determined by the Court through the Community Supervision office or $_____

_____Payable to victim in this cause number only: _____

__X__Payable to victims under: ____2008CR1187 – ARTHUR ROSENBURG_____

__X__Other: ___2 YEAR TX. DRIVER'S LICENSE SUSPENSION, IGNITION INTERLOCK_____

### WAIVER OF APPEAL

I understand that upon my plea of guilty or nolo contendere, where the punishment does not exceed that recommended by the prosecutor and agreed to by me, my right to appeal will be limited to only: (1) those matters that were raised by written motion filed and ruled on before trial, or (2) other matters on which the trial court gives me permission to appeal. I understand that I have this limited right to appeal. However, as part of my plea bargain agreement in this case, I knowingly and voluntarily waive my right to appeal under (1) and (2) in exchange for the prosecutor's recommendation, provided that the punishment assessed by the court does not exceed our agreement. In addition, if and when I am sentenced to the Texas Department of Criminal Justice, Institutional Division on this case, I hereby request transfer to said institution.

| | | |
|---|---|---|
| DEFENDANT | DATE  7·11·08 | COUNSEL FOR DEFENDANT |

The above terms constitute our agreement, and there are no agreements not set forth above. The Defendant and Counsel request the Court to follow the plea bargain.

| | | |
|---|---|---|
| ASSISTANT DISTRICT ATTORNEY | ATTORNEY FOR DEFENDANT | DEFENDANT |

NOTE: The parties are not allowed to make binding agreements regarding the length of community supervision or the terms and conditions of community supervision, which are totally dependent upon the Court's discretion. The following recommendations do not constitute part of the formal plea agreement. However, the (State) (both parties) make the following non-binding recommendations:

_____Community Supervision be granted for_____ years

_____Treatment Alternative to Incarceration Program          _____Days in Bexar County Jail or State Jail (circle one)

_____Hours Community Service          _____Substance abuse treatment facility

_____Days Electronic Monitoring          _____Zero Tolerance Bootcamp or State Bootcamp Program (circle one)

_____No contact with _____

Other Punishment recommendations: _____

_____

_____

*Questionable (DA). On this date/time former Bexar County (DA) M. Skinner Prosecuting (DA) for Cause No. 2006-CR-7634, was positively observed in discussion with Counsel Shaughnessy. i.e., Vindictive/Selective Prosecution!*

No. 2008CR1186

NO. NO. 2008CR1186



| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| V. | § | 290TH JUDICIAL DISTRICT |
| JOSE ALBERTO GUTIERREZ | § | BEXAR COUNTY, TEXAS |

## COURT'S ADMONISHMENT AND
## DEFENDANT'S WAIVERS AND AFFIDAVIT OF ADMONITIONS

COURT'S ADMONISHMENTS:

OFFENSE:
DRIVING WHILE INTOXICATED-3D/MORE - REPEATER
DEGREE: **F2**
STATUTE: **49.09(B)PC**
Repeater (Habitual)

You are admonished that if convicted of a Felony the following applies:

### 1. RANGE OF PUNISHMENT

All time is served in Texas Department of Criminal Justice.

\_\_\_\_\_ 5 years to 99 years or Life: Possible fine up to $10,000

**\_\_X\_\_ 2 years to 20 years: Possible fine up to $10,000**

\_\_\_\_\_ 2 years to 10 years: Possible fine up to $10,000 if the offense
occurred on or after September 1, 1994

\_\_\_\_\_ 2 years to 10 years: Possible fine up to $10,000 or up to 1 year in
a Community Correction facility (for offenses committed after
August 31, 1989 but before September 1, 1994)

\_\_\_\_\_ 25 years to 99 years or Life

\_\_\_\_\_ Other _____

### 2. PLEA BARGAINING

A recommendation of the prosecuting attorney as to punishment is not binding on the Court. The Court may accept or reject any plea bargaining agreement made between the State and the Defendant. If the Court rejects the plea agreement, the Defendant shall be permitted to withdraw the plea of guilty/nolo contendere and no statement or other evidence received during such hearing on the plea of guilty/nolo contendere may be admitted against the Defendant on the issue of guilt or punishment in any subsequent criminal proceeding.

If the punishment assessed does not exceed the punishment recommended by the prosecuting attorney (plea bargain), the trial court must give its permission to appeal any matter in the case except for those matters raised by written motion filed prior to trial and ruled upon by the Court. If a plea bargain is followed, this Court will not give permission to appeal.

### 3. TRIAL RIGHTS

You have a right to trial by jury, cross examination of witnesses and the right to remain silent.

### 4. CITIZENSHIP

If you are not a U.S. citizen, a plea of guilty or nolo contendere may result in deportation, exclusion from admission to this country or denial of naturalization under federal law.

### 5. DEFERRED ADJUDICATION

If the Court defers adjudicating your guilt and places you under community supervision, on violation of any condition you may be arrested and detained as provided by law. You are then entitled to a hearing limited to a determination by the Court of whether to proceed with an adjudication of guilt on the original charge. If, at such hearing, the Court makes the determination to proceed with an adjudication of guilt on the original charge, you may appeal such determination. After adjudication of guilt, all proceedings including the assessment of punishment and your right to appeal continue as if adjudication of guilt had not been deferred. The Court is also able to assess the full range of punishment.

### 6. SEX OFFENDER REGISTRATION PROGRAM

A plea of GUILTY or NOLO CONTENDERE that results in a conviction or placement on deferred adjudication for an offense under Chapter 62 of the Texas Code of Criminal Procedure will require you to register as a sex offender with local law enforcement officials as required by Chapter 62. You will also be required to report regularly and to obtain or maintain a Texas driver's license or certificate of identification identifying you as a sex offender. Violation of the registration and/or reporting requirements will subject you to additional criminal charges.

### DEFENDANT'S WAIVERS AND AFFIDAVIT OF ADMONITIONS

TO THE HONORABLE JUDGE OF SAID COURT:

I, JOSE ALBERTO GUTIERREZ, the Defendant in this cause, having this day appeared in open court with my counsel and having been duly sworn, represent to the Court that I have received a copy of the indictment or information in this cause, that I fully understand its contents, that I know that I am charged with the felony offense of **DRIVING WHILE INTOXICATED-3D/MORE/REPEATER** and that I waive formal arraignment and the reading of the charging instrument.

No. 2008CR1186

I, the Defendant, hereby enter a plea of GUILTY/NOLO CONTENDERE to this charge.

1.  I have had my Constitutional and legal rights explained to me by my attorney, and have decided to waive my Constitutional right of trial by jury and enter this plea before the judge. I hereby request the consent and approval of the State's Attorney and of the Court to my waiver of trial by jury. I further represent to the Court as follows:

2.  I am mentally competent now and was legally sane at the time that this offense was committed.

3.  I have not been threatened, coerced or placed in fear by any person to induce me to enter my plea.

4.  If I have a plea bargain agreement with the prosecutor, its terms are fully set forth in the attached document. I have received no promise from the prosecutor, my attorney or the Court which are not set forth in that document, and I realize that no one else would be empowered to make me any promises.

5.  If I am pleading GUILTY, it is because I am guilty, and for no other reason. If my plea is one of NOLO CONTENDERE, it is because I have considered all aspects of my legal situation and discussed them with my attorney and have determined that the entry of such plea is in my own best interest.

6.  If applicable, my attorney has explained to me the requirements and consequences of Chapter 62 of the Texas Code of Criminal Procedure Sex Offender Registration Program.

7.  I understand the Courts admonishments as contained in this waiver.

8.  I am satisfied with the advice and representation of my attorney in this case.


JOSE ALBERTO GUTIERREZ
Defendant

JUL 1 1 2008

SWORN TO AND SUBSCRIBED TO ME THIS _____ day of _____, 2008.


Deputy District Clerk

No. 2008CR1186

I have counseled with the Defendant in this cause and have concluded that the Defendant has a rational, as well as a factual understanding of both the charge(s) pending and this proceeding. I have explained the law regarding all waivers set forth in this document and am satisfied that in each instance the defendant has voluntarily relinquished a known right. I join in the Defendant's waiver of the right of trial by jury. If applicable, I have explained to my client the requirements and consequences of Chapter 62 of the Texas Code of Criminal Procedure Sex Offender Registration Program.

EDWARD SHAUGHNESSY
Attorney for Defendant
SBN 18134520

I consent to and approve the jury waiver in this case.

Assistant Criminal District Attorney

I approve the jury waiver and ORDER it filed in the papers of the cause. It plainly appearing that the Defendant is mentally competent; that his waivers have been entered voluntarily, in full knowledge of his rights; that the admonishments of the Court have been understood by the Defendant; that the Defendant's plea has not been induced by improper persuasion; and that the Defendant persists in his plea. The Defendant's plea is now accepted by the Court and the balance of this document is likewise ORDERED filed among the papers of the cause.

SIGNED and ENTERED this _____ day of _____, 2008.

Judge Presiding
290th Judicial District



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Brad Livingston
Executive Director

December 15, 2014

*Denial of Several Open Records Request to obtain Righteous Court Justice!*

Jose Alberto Gutierrez
SID#5375445 TDCJ#1523604
1201 E El Cibolo Road (Segovia)
Edinburg, TX 78542

Re: Open Records Request #: **38889**

Offender Name Gutierrez, Jose Alberto     TDCJ /SID #1523604 / 05375445

To Whom It May Concern

We are unable to comply with your request. In accordance with Texas Government Code, Section 552.028(a), a government body is not required to accept or comply with a request for information from an individual who is imprisoned or confined in a correctional facility or from an agent of that individual other than that individual's attorney when the attorney is requesting information that is subject to disclosure under the Open Records Act.

If you have any questions, please direct them to your Institutional Parole Officer.

Sincerely,

Gloria Torres
Open Records Coordinator

*5th Cir Court Notation:*

*Court, I have repeatedly requested actual falsified S.A.P.D. Officer/the incident Reports in my current Parole file, asserting a false (DWI) Case No. T-0904236, and also falsified information asserting that I have previously involved in multiple DWI Accidents—10D. This falsified information, currently in my*

**CLOSED ON 12/15/2014**

*Parole file has absolutely hinder my ability to make Parole And personally investigate Alleged Parole Administration Corruption and state elected official Misconduct. The Above Corrupt Parole (State) Agency Are fully aware of offenders falsified t.d.cj #1177492, Nov 24, 2007, Byrd unit commitment*

*The mission of the Parole Division is to promote public safety and positive offender change through effective supervision, programs, and services.*

Stuart Jenkins, Parole Division, Director
8610 Shoal Creek, Austin, Texas 78757
Phone (512) 406-5401, Fax (512) 406-5858
www.tdcj.texas.gov

*Over*

As Verified on Petitioners (JIS (FBI) fingerprint
And photo identification Records, Part 5, entry 16 and 17, IUS —
# 853779EB7, enclosed As Attachment Court (28§2246, 2247)
exhibit to show City and State Court and Parole Official Corruption
And misconduct towards offender under title (18§241§242)
possible (18§1519) would Also Apply. Texas Board of pardon And
Parole general Counsel, Bettie L. wells, And Texas Atty general,
Ed Marshall, (Post) habeas division, Are Also fully Aware of All My
Verified, Nov 24, 2007, City magistrate fraudulent charge entry And
Abduction while on Active # 1177492 Texas Parolee.

Petitioner has repeatedly made every reasonable
means to Address verified City/State Court Corruption to the Texas
Parole board Administration, only to be intentionally neglected
And Abandon in legal Limbo within the t.d.c.j Prisons without
Any sworn Certified Texas Penal Code Charges or Indictments.

Therefore Petitioner has severely suffered A (5th) And
(14th) Amendment Violations, due to the dismissal of Bexar Co.,
Cause # 2006-CR-7634, And My failure to Accept A (45) year
State plea Agreement on false Accusations while on Active t.d.c.j
Parole # 1177492.

Also, it has been verified by Petitioners FBI Records
(enclosed) Part 2, entry 7 And 8, on 2000/03/25, offender
was Also Never Charged with Any DWI offense, And was
falsely sentence to (2) years t.d.c.j imprisonment.

In Truth, Petitioner should have never been Placed
within the t.d.c.j Prison System for Any (DWI) Charges.

I Am beyond horrified of the intentional Corruptness
within the texas dept of Correction Parole division And Absolute
gross negligence.

Sincerely true,

Mr. Jose Gutierrez
# 1523604